IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA )
        Plaintiff )
                       )
v. )      Case Number 00-395-02-CR-W-GAF
                       )
                       )
GERMAN SINISTERRA )
        Defendant )

### *SINISTERRA'S REQUEST FOR APPOINTMENT OF COUNSEL FOR PROCEEDINGS PURSUANT TO 28 U.S.C. 2255 AND 21 U.S.C. 848(q)(4)(B)*

Comes now Defendant German Sinisterra, by attorney, and pursuant to 28 U.S.C. 2255 and 21 U.S.C. 848(q)(4)(B), moves this Honorable Court to appoint two counsel, learned in the law pertaining to capital litigation, to represent Mr. Sinisterra in preparing and presenting a habeas corpus petition to this Court, and in connection with any proceedings attendant thereto.  The grounds for this request will be set forth in the subsequent numbered subparagraphs.

1. In the above captioned cause, Mr. Sinisterra was convicted by jury and sentenced by this Court to 324 months on Count One, to death on Count Two, and to death on Count Three.

2. The United States Court of Appeals for the Eighth Circuit affirmed Mr. Sinisterra's convictions and sentences of death in *United States v. Ortiz*, 315 F.3d 873 (8th Cir. 2002).  On December 8, 2003, the United States Supreme Court rejected Mr. Sinisterra's Petition for Certiorari.  *Sinisterra v. United States*, 124 S.Ct. 920 (2003).  And, on February 23, 2004, the

United States Supreme Court turned down Mr. Sinisterra's request for rehearing upon his Petition. ***Sinisterra v. United States***, 2004 WL 323490.

3. Mr. Sinisterra is a poor person, without the means or funds to prosecute a proceeding under 28 U.S.C. 2255. Specifically, Mr. Sinisterra does not have the funds to hire an attorney or to pay any costs related to prosecution of a proceeding under 28 U.S.C. 2255.

4. Evidencing Mr. Sinisterra's pauper status is the fact that he has been represented by undersigned Counsel who was appointed by this Court to Mr. Sinisterra at trial upon this matter, and who was appointed by the Eighth Circuit upon appeal. To secure this representation, Mr. Sinisterra established to the satisfaction of this Court, and to the satisfaction of the Eighth Circuit, that he was indigent, without the means or funds to hire counsel to represent him in connection with the trial and appeal of the above captioned cause.

5. Mr. Sinisterra has been continuously incarcerated since his arrest in the fall of 1998, through the pendency of his trial and appeal, and to this date. As a result, not only has Mr. Sinisterra had no means or funds to bear the costs of the various proceedings in which he has been involved, also Mr. Sinisterra has no ability to generate any funds for such purposes.

6. Because he is a poor person, under a sentence of death, Mr. Sinisterra is entitled to the appointment of two counsel,

2

learned in the law of capital cases, to assist him in preparing and presenting a Petition for relief pursuant to 28 U.S.C. 2255. 21 U.S.C. 848(q)(4)(B); ***McFarland v. Scott***, 114 S.Ct. 2568, 2571 (1994).

7. Because, in a 2255 proceeding, the effectiveness of undersigned counsel in handling the trial and appeal of this matter would be among the issues which would need to be examined, it would not be appropriate for undersigned counsel to continue with his representation of Mr. Sinisterra in such a 2255 proceeding.

8. Kevin McNally, Esq. of Frankfort, Kentucky is one of four attorneys who acts as resource counsel for attorneys handling Federal capital cases nationwide. In his capacity as resource counsel, Mr. McNally has recruited two attorneys, Gregory Kuykendall and Lawrence Komp, to handle 2255 proceedings in this case, should this Court choose to accept Mr. McNally's recommendation, and appoint these gentlemen. Mr. McNally has asked that undersigned counsel respectfully suggest to this Court that these two attorneys be appointed to represent Mr. Sinisterra upon 2255 proceedings. Both of these attorneys have been in contact with Mr. Sinisterra, and Mr. Sinisterra advises undersigned counsel that he is comfortable with these attorneys being appointed to represent him, should this Court choose to do so.

3

9. The information provided to undersigned counsel about Mr. Komp is as follows. Lawrence Komp, is a member of Kentucky (since 1992), Ohio (since 1994), and Missouri (since 1999) Bars. He is a solo-practitioner located at 423 Madrina, Ballwin, Missouri 63021. Mr. Komp is also a member of the United States District Courts for the Northern and Southern Districts of Ohio, and the Southern District of Indiana. Mr. Komp is a member of bars of the United States Court of Appeals for the Sixth Circuit and Seventh Circuit, as well as the United States Supreme Court. Mr. Komp served as an Assistant Ohio Public Defender in the death penalty federal habeas unit from 1992-2000. While at the Ohio Public Defender, Attorney Komp represented numerous people sentenced to death in state and federal proceedings. Since 2000, he has been an attorney in private practice specializing in death penalty habeas law. Mr. Komp has extensive experience in death penalty litigation in federal habeas corpus proceedings. He obtained habeas relief in **Morales v. Coyle**, 98 F.Supp.2d 849 (N.D. Ohio 2000) and **Davis v. Mitchell**, 318 F.3d 682 (6th Cir. 2003). He was lead counsel in **Franklin v. Francis**, 997 F.Supp. 916 (S.D. Ohio 1998), **Francis v. Franklin**, 144 F.3d 429 (6th Cir. 1998), and **Francis v. Franklin**, 168 F.3d 261 (6th Cir. 1999). He also appeared on brief and as second chair at argument in the United States Supreme Court in the habeas case of **Carpenter v. Edwards**, 529 U.S. 446 (2000). The United States Court of Appeals for the Sixth Circuit and or the Seventh Circuit have appointed

4

him as counsel in death penalty habeas appeals, in ***Coyle v. Morales***, No. 00-3694 (6th Cir.), and in ***Lambert v. McBride***, No. 03-1015 (7th Cir.).  He currently serves as counsel in capital federal habeas cases at the Federal District Court level. ***Allen v. Davis***, IP 01-1658-C-T/K (S.D. Ind.); ***Bonnell v. Mitchell***, No. 1:00CV0250 (N. D. Ohio); ***Loza v. Mitchell***, No. 1:98CV287 (S.D. Ohio).

10. The information provided to undersigned counsel about Mr. Kuykendall is as follows.  Gregory J. Kuykendall, 145 S. 6th Ave., Tucson AZ 85701, is a member of the Arizona bar, and is fluent in the Spanish language, having been certified as such by the United States District Court for the District of Arizona. Mr. Kuykendall acts as resource counsel for the Mexican Capital Legal Assistance Project, and in that capacity, assists Mexican nationals throughout the United States charged with death-eligible offenses.  In his capacities, Mr. Kuykendall converses daily in Spanish, and is called upon to give presentation on various legal subjects, in Spanish, in Mexico and the United States.  Mr. Kuykendall is also a specialist in criminal law as certified by the State Bar of Arizona.  He also acts as Lead Counsel on the Pima County First Degree Murder Appointment Panel.  He has tried approximately one hundred trials in the last 15 years, and has represented approximately 20 people accused of capital crimes.

11. It should be noted that Mr. Kuykendall's fluency in Spanish would be very helpful in his assistance of Mr. Sinisterra, since Mr. Sinisterra has difficulty communicating in English, and is far more capable and comfortable communicating in Spanish.

12. The ends of justice will best be served by the Court granting the relief sought in this Request.

WHEREFORE, German Sinisterra prays this Honorable Court to make and enter its Order appointing two counsel learned in the law of capital case proceedings to represent him in connection with his preparing and presenting to this Court a petition pursuant to 28 U.S.C. 2255.

Respectfully submitted


/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Bar Enrollment Number 28868
P.O. Box 349, 110 E. 6th St.
Kearney Mo. 64060
Phone:  816-628-9095
Fax:    816-628-9046
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served, electronically, upon the following

Jeffrey Valenti
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO  64106

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.

6

7