**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **GERMAN SINISTERRA,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )　　**Case No. 04-8003-CV-W-GAF** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

### ORDER

Now pending before the Court is petitioner German Sinisterra's Request for Appointment

of Counsel for Proceedings Pursuant to 28 U.S.C. 2255 and 21 U.S.C. 848(q)(4)(B). The Court

having considered said motion, it is

ORDERED that John Jenab and Robert Kuchar are hereby appointed as counsel for

petitioner in the above referenced case.


　　　　　　　　　　　　　　　　　　　/s/ Gary A. Fenner
　　　　　　　　　　　　　　　　　　　GARY A. FENNER, JUDGE
　　　　　　　　　　　　　　　　　　　 United States District Court


DATED:　　April 8, 2004