IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,  )
 )
         Movant,  )
 )
v.  )          No. 04-CV-8003-W-GAF
 )
UNITED STATES OF AMERICA,  )
 )
         Respondent.  )

### MOTION TO AUTHORIZE OUT-OF-STATE TRAVEL

COMES NOW the Defendant, German Sinisterra, by and through counsel, John Jenab, and respectfully requests that this Court enter its Order in this case authorizing travel to Terre Haute, Indiana, for counsel John Jenab.  In support of his motion, Mr. Sinisterra states as follows:

1. Counsel John Jenab needs to travel to Terre Haute, Indiana to meet and interview the defendant.  Mr. Jenab plans to leave for Terre Haute on either September 14, 2004, returning on the same day.  Mr. Jenab will be leaving from and returning to Kansas City, Missouri (MCI).

2. Travel expenses will include airfare, rental car, and meals.  Counsel seeks this Court's approval to make travel arrangements for the above travel through National Travel Service at significantly reduced government rates.

WHEREFORE, German Sinisterra respectfully requests that this Court enter its order authorizing travel for John Jenab to Terre Haute, Indiana on either September 14, 2004 for the purpose of interviewing the defendant.

Respectfully Submitted,

/s/ John Jenab
John Jenab, KS # 18069
JENAB & KUCHAR LLP
110 S. Cherry St., Suite 200
Olathe, KS 66061
Phone 913-390-5023
Fax 913-764-5539
E-Mail jjenab@mindspring.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeff Valenti, Assistant United States Attorney.

/s/ John Jenab
John Jenab