**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **GERMAN C. SINISTERRA,** | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| **vs.** | )     **Case No. 04-8003-CV-W-GAF** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## <u>ORDER GRANTING MOTION TO AUTHORIZE OUT-OF-STATE TRAVEL</u>

Now pending before the Court is movant's Motion to Authorize Out-of-State Travel.  For

good cause shown, it is

ORDERED that movant's motion is granted.  Counsel John Jenab is authorized to travel to

Terre Haute, Indiana, on September 14, 2004, for the purpose of interviewing movant.


                                      /s/ Gary A. Fenner
                                      GARY A. FENNER, JUDGE
                                      United States District Court

DATED:   August 31, 2004