IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

**MOTION FOR LEAVE TO FILE MOTION FOR HIRING OF A MITIGATION
SPECIALIST, FOR TRAVEL AUTHORIZATION, AND FOR AUTHORIZATION TO
SUBMIT INTERIM VOUCHERS EX PARTE AND UNDER SEAL**

COMES NOW the Defendant, German Sinisterra, by and through counsel, John Jenab, in

support of his Motion to file his Ex Parte Motion for Hiring of a Mitigation Specialist under seal,

respectfully states as follows:

18 U.S.C. § 3006 A and 21 U.S.C. § 848(q)(9) provide that a motion for retention of

investigative services may be done *ex parte*.

WHEREFORE, defendant German Sinisterra respectfully requests that this Court allow

him to file his Ex Parte Motion for Hiring of a Mitigation Specialist under seal.

           Respectfully Submitted,

           /s/ John Jenab
           John Jenab, MO # 47452
           JENAB & KUCHAR LLP
           110 S. Cherry St., Suite 200
           Olathe, KS 66061
           Phone 913-390-5023
           Fax 913-764-5539
           E-Mail jjenab@mindspring.com
           ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeff Valenti, Assistant United States Attorney.


/s/ John Jenab
John Jenab