# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 04-8003-CV-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR HIRING OF A MITIGATION SPECIALIST, FOR TRAVEL AUTHORIZATION, AND FOR AUTHORIZATION TO SUBMIT INTERIM VOUCHERS <u>EX PARTE AND UNDER SEAL</u>

Now pending before the Court is movant's Motion for Leave to File Motion for Hiring of a

Mitigation Specialist, for Travel Authorization, and for Authorization to Submit Interim Vouchers Ex

Parte and Under Seal.  For good cause shown, it is

ORDERED that movant's motion is granted.


/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court


DATED:    September 7, 2004