IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,           )
                                )
        Movant,                 )
                                )
    v.                          ) Cause No. 04-CV-8003-CV-W-GAF
                                )
UNITED STATES OF AMERICA,        )
                                )
        Respondent.             )

**ORDER**

This document is sealed by the Court and shall not be opened except by further order of the Court

/s/ Gary A. Fenner
Dated: September 7, 2004                GARY A. FENNER
                                 United States District Judge