IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

       Movant,                        No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

       Defendant.

## **MOTION FOR AUTHORIZATION TO SUBMIT INTERIM VOUCHERS**

Comes now undersigned counsel, and respectfully requests this Honorable Court set CJA compensation and approve interim payments, and in support states:

1. Counsel seeks permission to file interim vouchers in this matter at the CJA-approved hourly rate of $125. As the Court is aware, submission of interim vouchers is the recommended means of payment for Section 2255 death penalty proceedings in the Guidelines for the Administration of the Criminal Justice Act.

2. Both appointed counsel representing Mr. Sinisterra are employed by the same small law firm. Counsel are each spending very substantial amounts of time on this matter, and the inability to submit interim vouchers would cause financial hardship on the firm pending disposition of this matter.

WHEREFORE, undersigned counsel move this Honorable Court to allow submission of interim vouchers by counsel in this matter at the CJA-approved hourly rate of $125 per hour.

Respectfully Submitted,

/s/ John Jenab
John Jenab, MO # 47452
JENAB & KUCHAR LLP
110 S. Cherry St., Suite 200
Olathe, KS 66061
Phone 913-390-5023
Fax 913-764-5539
E-Mail jjenab@mindspring.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeff Valenti, Assistant United States Attorney.

/s/ John Jenab
John Jenab

2