# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER GRANTING MOTION FOR AUTHORIZATION
## TO SUBMIT INTERIM VOUCHERS

Now pending before the Court is movant's counsel's Motion for Authorization to Submit

Interim Vouchers. For good cause shown, it is

ORDERED that movant's counsel, John Jenab and Robert Glen Kuchar, are hereby granted

leave to file interim vouchers in the above referenced matter at the CJA approved hourly rate of $125

per hour.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: September 14, 2004