## DECLARATION OF KEVIN McNALLY

1. I currently serve, along with David Bruck of the South Carolina Bar, and Richard Burr of the Texas Bar, as Federal Death Penalty Resource Counsel. We assist court-appointed counsel and defenders representing clients who face the federal death penalty. The Resource Counsel Project has provided these services since January, 1992. Our responsibilities include the monitoring of federal capital prosecutions throughout the United States in order to help ensure the delivery of adequate defense services to indigent capital defendants in such cases.[1]

2. In order to carry out the duties entrusted to us, the Federal Death Penalty Resource Counsel Project maintains a comprehensive list of federal death penalty prosecutions and information regarding Criminal Justice Act appropriations in these cases. The Project accomplishes this by obtaining indictments, pleadings of substance (including sealed documents), notices of intent to seek or not seek the death penalty, and by telephonic or in-person interviews with defense counsel or consultation with chambers. This information is regularly updated, and is checked for accuracy with defense counsel. The Project's information regarding federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

3. In the course of our duties, the Project has collected the following information regarding all federal death penalty prosecutions pursuant to 21 U.S.C. § 848(e) *et seq.* and 18 U.S.C. §3591, *et seq.*

---

[1]The work of the Federal Death Penalty Resource Counsel Project is described in the report prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, FEDERAL DEATH PENALTY CASES: RECOMMENDATIONS CONCERNING THE COST AND QUALITY OF DEFENSE REPRESENTATION (May, 1998), at 28-30. www.uscourts.gov/dpenalty/1COVER.htm [The Spencer Sub-Committee]. The Sub-Committee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project ..., which has become essential to the delivery of high quality, cost-effective representation in death penalty cases ...." *Id.* at 50.

-1-

4. "Of the 682 defendants reviewed under the Department's death penalty decision-making procedures in the period 1995 to 2000, 134 (20%) were White, **324 (48%) were Black,** and 195 (29%) were Hispanic. (Sept. 12 report at 6.)" "The Federal Death Penalty System: Supplementary Data, Analysis and Revised Protocols for Capital Case Review," United States Department of Justice, Part II, Sec. A (June 6, 2001). http://www.usdoj.gov/dag/pubdoc/deathpenaltystudy.htm. The Department of Justice Supplemental Report identified a "broader pool of cases involved 973 defendants, in comparison with the 682 defendants in the cases submitted to the departmental review procedure...Of the 973 defendants in the broader class ... **42%(408) were Black**..." *Id.*

5. The DOJ Survey reports that from 1995 - 2000, Attorney General Janet Reno approved 159 defendants for a capital prosecution. 71 (or **45%) of those defendant were black**. Department of Justice, *Survey of the Federal Death Penalty System (1988-2000)* (2000) Tables 2A and 2B. http://www.usdoj.gov/dag/pubdoc/dpsurvey.html.

6. There have been 337 defendants authorized for a federal capital prosecution. 176 of those 337 (or **52%) have been black** defendants.

7. In the overall pool of 526 defendants that Attorney General Ashcroft has reviewed, there are **230 (or 44%) black** defendants. The chances of a black defendant's facing the federal death penalty after having had his or her case reviewed by Attorney General are **28%;** for all other defendants, the chances are **21%**.

8. Of the 127 defendants that Attorney General Ashcroft has authorized for a capital prosecution, **65 (or 51%) are black** defendants. Of those 127, Attorney General Ashcroft has required capital prosecutions for 42 defendants, **27 (or 64%) are black** defendants.

-2-

9. Of the 43 defendants who have been sentenced to death,[2] **24 (or 56%) are black.**

10. Of the 35 defendants currently on death row, **21 (or 60%) are black** defendants.

11. This case related information was compiled in the ordinary course of business of the Federal Death Penalty Resource Counsel Project and is accurate to the best of my knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___1st___ day of December, 2004.

Kevin McNally

_____

[2]In addition to the 37 men currently on death row, 1 was granted clemency by the President, 2 death sentences were vacated and the death penalty request withdrawn or the notice of intent dismissed by the Court, and 3 men were executed.

-3-