**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

GERMAN C. SINISTERRA,           )
                                )
          Movant,               )
                                )
     v.                         )     Case No. 04-8003-CV-W-GAF
                                )
UNITED STATES OF AMERICA,        )
                                )
          Respondent.           )

## ORDER TO SHOW CAUSE

Movant, a convicted Federal prisoner currently serving a sentence of 324 months on

Count 1, consecutive to the sentences of death on Counts 2 and 3, has filed a Motion to Vacate,

Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255.

IT IS HEREBY ORDERED that Respondent is directed to answer Movant's allegations

and show cause within 30 days from the date of this Order why the relief Movant seeks should

not be granted.


                              __/s/ Gary A. Fenner_____
Dated:  December 8, 2004              GARY A. FENNER
                              United States District Judge