IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

       Movant,                      No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

       Defendant.

## SINISTERRA'S MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL MOTION FOR MITIGATION SPECIALIST

Movant German C. Sinisterra, through undersigned counsel, respectfully moves this Court for an Order allowing him to file his renewed motion for leave to hire a mitigation specialist in this matter *ex parte* and under seal. A need for confidentiality exists as it is not yet known whether the requested services, if authorized, will become discoverable in this matter. Requests for expert and investigative services in capital post-conviction proceedings may properly be considered *ex parte* and under seal pursuant to 21 U.S.C. § 848(q)(9).

Wherefore, movant requests permission to file his renewed motion for leave to hire a mitigation specialist *ex parte* and under seal.

               Respectfully submitted,

               JENAB & KUCHAR LLP

               /s/John Jenab
               John Jenab, MO #47452
               110 S. Cherry, Suite 200
               Olathe, KS 66061
               (913) 390-5023
               Attorneys for German C. Sinisterra

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/John Jenab