IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

    Movant,                           No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

    Defendant.

## MOVANT GERMAN C. SINISTERRA'S MOTION FOR LEAVE TO AMEND HIS INITIAL MOTION PURSUANT TO 28 U.S.C. § 2255

Movant German C. Sinisterra, through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 15(a) for leave to amend his previously filed motion to vacate or set aside convictions and sentences pursuant to 28 U.S.C. § 2255 after completion of necessary factual investigation. Sinisterra respectfully requests that he be granted a period to and including September 1, 2005 within which to file an amended motion. In support of this request, Sinisterra states as follows:

1.    Sinisterra is a federal prisoner under sentences of death. Sinisterra filed his motion to vacate or correct his convictions and sentences pursuant to 28 U.S.C. § 2255 on December 7, 2004.

2.    Undersigned post-conviction counsel were unable to complete their factual investigation prior to the deadline for filing the initial motion for post-conviction relief. Specifically, post-conviction counsel have been unable to complete a mitigation investigation. Sinisterra filed an ex parte motion for leave to hire a mitigation specialist to assist the investigation of this matter on September 7,

2004, which request was denied by the Court. Since that time, post-conviction counsel have gathered substantial new factual information supporting the request for authorization to hire a mitigation specialist. Sinisterra's renewed motion for leave to hire a mitigation specialist has been file-stamped with the Clerk, pending leave of Court to file under seal.

3. Should the Court allow Sinisterra to retain a mitigation specialist, as he prays that it will, Sinisterra will need time within which to complete a factual investigation. One of the things that counsel believes the investigation will demonstrate is a clear need for neuropsychological testing to determine whether Sinisterra is, as counsel strongly believes and Sinisterra has alleged in his initial 2255 motion, mentally retarded.

4. Pursuant to Fed. R. Civ. P. 15(a), leave to amend "shall be freely given when justice so requires." Sinisterra respectfully prays that the Court find the interests of justice so require here, and that the Court provide him the opportunity to complete necessary investigation of critical penalty phase issues, none of which were explored by previous counsel. Counsel's best estimate of the date by which that investigation reasonably could be completed, and an amended 2255 motion filed, is September 1, 2005.

WHEREFORE, for the foregoing reasons, movant German Sinisterra respectfully requests that he be granted leave to amend his 2255 motion on or before September 1, 2005.

Respectfully submitted,

JENAB & KUCHAR LLP

/s/John Jenab
John Jenab, MO #47452
110 S. Cherry, Suite 200
Olathe, KS 66061
(913) 390-5023
Attorneys for German C. Sinisterra

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab