# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

GERMAN C. SINISTERRA, )
)
           Movant, )
)
vs. )     Case No. 04-8003-CV-W-GAF
)
UNITED STATES OF AMERICA, )
)
           Respondent. )

## ORDER GRANTING MOVANT GERMAN C. SINISTERRA'S MOTION FOR LEAVE TO AMEND HIS INITIAL MOTION PURSUANT TO 28 U.S.C. § 2255

Now pending before the Court is Movant German C. Sinisterra's Motion for Leave to Amend

His Initial Motion Pursuant to 28 U.S.C. § 2255. For good cause shown, it is

ORDERED that movant is granted leave to amend his initial motion to vacate or set aside

convictions and sentences pursuant to 28 U.S.C. § 2255 on or before September 1, 2005.


           /s/ Gary A. Fenner
           GARY A. FENNER, JUDGE
           United States District Court

DATED:    December 15, 2004