# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,      )
            )
         **Movant,**      )
            )
**vs.**             )      **Case No. 04-8003-CV-W-GAF**
            )
**UNITED STATES OF AMERICA,**   )
            )
         **Respondent.**      )

## ORDER GRANTING SINISTERRA'S MOTION FOR LEAVE TO FILE
## *EX PARTE* AND UNDER SEAL MOTION FOR MITIGATION SPECIALIST

Now pending before the Court is movant Sinisterra's Motion for Leave to File *Ex Parte* and

Under Seal Motion for Mitigation Specialist.  For good cause shown, it is

ORDERED that movant is granted leave to file his Motion for Mitigation Specialist under seal.


                                        /s/ Gary A. Fenner
                                        GARY A. FENNER, JUDGE
                                        United States District Court


DATED:     December 15, 2004