**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**


GERMAN C. SINISTERRA,                )
                                     )
                Movant,              )
                                     )
        v.                           )        Case No. 04-8003-CV-W-GAF
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                Respondent.          )

## <u>ORDER VACATING ORDER TO  SHOW CAUSE</u>

The Order to Show Cause entered in the above referenced matter on December 8, 2004 is

hereby set aside.


                              __/s/ Gary A. Fenner_____
Dated:  December 15, 2004              GARY A. FENNER
                              United States District Judge