GERMAN C. SINISTERRA,

      Movant,                             No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

      Defendant.

## <u>MOTION FOR AUTHORIZATION TO HIRE INTERPRETERS</u>

Comes now undersigned counsel, and respectfully requests this Honorable Court issue an order authorizing counsel to retain interpreters in this matter, and in support states:

1. Since their appointment on this case, counsel have paid for interpreters to translate their communications with Mr. Sinisterra out-of-pocket. Counsel has not previously sought separate authority to hire an interpreter, as counsel instead was attempting to obtain authorization to hire a bilingual mitigation specialist who could serve in an interpreter capacity along with his other duties. As the Court has denied authorization to hire a mitigation specialist, counsel now seeks authority to hire Spanish-language interpreters. Counsel respectfully submits that the assistance of interpreters is reasonably necessary in this matter pursuant to 21 U.S.C. § 848(q)(9), as Mr. Sinisterra is not fluent in English.

2. Counsel needs an interpreter for two types of communication with Mr. Sinisterra: phone calls and personal visits. For telephone calls, counsel seeks authorization to hire Ms. Yolanda Bustamante, a Spanish-language interpreter who regularly translates court proceedings for the Johnson County District Court in Olathe,

Kansas.  Ms. Bustamante has translated telephone conversations between counsel and Mr. Sinisterra, and communicates well with him.  Her hourly rate is $50.00.  She does not charge for time or mileage to come to counsel's offices.  Counsel respectfully requests authority to pay Ms. Bustamante up to $500.00 for her services.

3.  For any future personal visits to Mr. Sinisterra, counsel requests authorization to hire Ms. Rosemary Timmons, an interpreter who works in the Terre Haute area.  Ms. Timmons translates for local courts in Indiana and Illinois.  She has met with Mr. Sinisterra and counsel, and had no difficulty in communicating and translating between them.  Ms. Timmons' rates are $86 for one-half day, and $156 for a full day, plus mileage.  Counsel respectfully requests authorization to pay Ms. Timmons up to $500.00 for her services.

WHEREFORE, undersigned counsel move this Honorable Court for authorization to hire and pay up to $500.00 each to an interpreter in the Kansas City area, Ms. Bustamante, and an interpreter in the Terre Haute area, Ms. Timmons, at the foregoing hourly and daily rates.

Respectfully submitted,

JENAB & KUCHAR LLP

/s/John Jenab
John Jenab, MO #47452
110 S. Cherry, Suite 200
Olathe, KS 66061
(913) 390-5023
Attorneys for German C. Sinisterra

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 16th day of February, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/John Jenab