**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **GERMAN C. SINISTERRA,** | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| **vs.** | )     **Case No. 04-8003-CV-W-GAF** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER GRANTING MOTION FOR AUTHORIZATION**
**TO HIRE INTERPRETERS**

Now pending before the Court is movant's Motion for Authorization to Hire Interpreters. For

good cause shown, it is

ORDERED that movant is granted authorization to hire and pay up to $500.00 each to an

interpreter in the Kansas City area, Ms. Bustamante, and an interpreter in the Terre Haute area, Ms.

Timmons.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    February 17, 2005