IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                              No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## MOTION TO ADJUST CJA HOURLY COMPENSATION RATE

Comes now undersigned counsel, and respectfully requests this Honorable Court approve CJA compensation in this case at the rate of $160 per hour for work performed on or after February 4, 2005. In support hereof, counsel states:

1. The Congressionally-approved hourly rate for death penalty proceedings recently has been increased to $160.00. Counsel respectfully seeks permission to bill at this hourly rate in this death penalty proceeding.

2. The effective date of the rate increase, according to information received from the Clerk's Office of the District Court for the Western District of Missouri, was February 4, 2005. Accordingly, counsel respectfully seeks permission to bill time on and after that date in this matter at the rate of $160 per hour.

WHEREFORE, undersigned counsel move this Honorable Court to allow submission of vouchers by counsel in this matter at the CJA-approved hourly rate of $160.00 per hour for work performed on and after February 4, 2005..

Respectfully submitted,

JENAB & KUCHAR LLP


/s/John Jenab
John Jenab, MO #47452
Robert G. Kuchar, KS #17169
110 S. Cherry, Suite 200
Olathe, KS 66061
(913) 390-5023
Attorneys for German C. Sinisterra


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/John Jenab