# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER GRANTING MOTION TO ADJUST CJA HOURLY COMPENSATION RATE

Now pending before the Court is a Motion to Adjust CJA Hourly Compensation Rate filed by

John Jenab, counsel for movant.  For good cause shown, it is

ORDERED that movant's counsel, John Jenab, shall be compensated at the CJA hourly

compensation rate of $160.00 per hour for work performed on and after February 4, 2005.


/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    March 11, 2005