**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
                Plaintiff,

                                    Criminal Action No.
v.                                04-8003-CV-W-GAF

GERMAN C. SINISTERRA,

                Defendant.

<u>MOTION TO WITHDRAW</u>

Comes now, Robert Kuchar, of JENAB & KUCHAR LLP, and respectfully requests

permission to withdraw from the above captioned case. In support of this request the undersigned

provides the following:

1.      Effective September 12, 2005, the undersigned begins employment as an Assistant

         Federal Public Defender for the Western District of Missouri.

2.      The attorney for the government does not object to this motion.

WHEREFORE this undersigned respectfully requests this Court to grant his motion to

withdraw as attorney of record..

                                          Respectfully Submitted,

                                          <u>/s/ Robert Kuchar</u>
                                          Robert Kuchar, KS # 17169
                                          JENAB & KUCHAR LLP
                                          110 S. Cherry St., Suite 200
                                          Olathe, KS 66061
                                          Phone 913-390-5023

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


/s/ Robert Kuchar
Robert Kuchar