# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 04-8003-CV-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

Now pending before the Court is the Motion to Withdraw as counsel for movant filed by

Robert Kuchar.  For good cause shown, it is

ORDERED that Robert Kuchar is hereby granted leave to withdraw as counsel for movant.


/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court


DATED:    August 24, 2005