IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                  No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now Petitioner, by and through undersigned counsel, and moves for appointment of an attorney, learned in the law pertaining to federal capital habeas litigation, to replace former counsel Robert Kuchar, whose motion to withdraw from this matter was granted by the Court on August 24, 2005. Mr. Sinisterra is indigent and under sentence of death, and is entitled to the appointment of two learned counsel to assist him in his 28 U.S.C. § 2255 proceedings. 21 U.S.C. 848(q)(4)(B); McFarland v. Scott, 114 S. Ct. 2568, 2571 (1994).

WHEREFORE, Petitioner German Sinisterra prays that the Court enter its Order appointing new counsel to assist the undersigned in this matter.

                                    Respectfully submitted,

                                    /s/John Jenab
                                    John Jenab, MO #47452
                                    110 S. Cherry, Suite 200
                                    Olathe, KS 66061
                                    (913) 390-5023
                                    Attorneys for German C. Sinisterra

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2005, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab