# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA, )
)
          Movant, )
)
vs. )     Case No. 04-8003-CV-W-GAF
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

## AMENDED ORDER GRANTING EX PARTE MOTION FOR NINETY-DAY EXTENSION OF TIME WITHIN WHICH TO FILE AMENDED 28 U.S.C. 2255 MOTION

Now pending before the Court is movant's Ex Parte Motion for Ninety-Day Extension of Time

Within Which to File Amended 28 U.S.C. 2255 Motion. For good cause shown, it is

ORDERED that movant is granted an extension of time to and including December 1, 2005,

within which to file his amended 28 U.S.C. 2255 motion.


          /s/ Gary A. Fenner
          GARY A. FENNER, JUDGE
          United States District Court


DATED:    September 2, 2005