# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

GERMAN C. SINISTERRA, )
           )
        Movant, )
           )
vs. )        **Case No. 04-8003-CV-W-GAF**
           )
UNITED STATES OF AMERICA, )
           )
        Respondent. )

## ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

Now pending before the Court is movant's Motion for Appointment of Counsel. For good

cause shown, it is

ORDERED that William E. Shull is hereby appointed as counsel for movant in the above

referenced matter.

                    /s/ Gary A. Fenner
                    GARY A. FENNER, JUDGE
                    United States District Court

DATED:    September 19, 2005