IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

Movant,

vs.                                                    Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

Respondent

**MOTION FOR EXTENSION OF TIME
TO FILE AMENDED 28 U.S.C. 2255 MOTION**

COMES now the Movant, by and through his attorney, and does hereby respectfully ask

for an Order of this Court granting him an additional 45 days in which to file an amended 28

U.S.C. Sec. 2255 Motion for the following reasons:

1.      This is a post-conviction proceeding in a capital murder case.

2.      The Movant has been granted a previous extension to December 1, 2005 to file an

amended motion.

3.      The prior extension was granted on September 2, 2005 and on September 19,

2005, the undersigned attorney was appointed as substitute counsel for Attorney Robert G.

Kuchar who had withdrawn from the matter.

4.      The undersigned attorney has been actively involved in reviewing the documents,

pleadings and transcripts in this matter but said documents are extremely extensive in nature and

counsel has been unable to complete he review.

5.      Additional time is necessary to complete the review, consult with co-counsel,

consult with the Movant and to review certain medical evidence that has recently become

available.

6. Counsel has been also actively involved in other matters before this court, including <u>United States v. Steve Wright</u>, which is presently set for trial on the March trial docket and will take approximately six to eight weeks for trial.

7. Both attorneys for the Movant have aggressively attempted to complete their review and preparation within the allotted time but have been unable to do so and were further delayed due to the Movant's subpoenaed appearance before this court in a related case and preparations necessary for said appearance..

8. This matter is not set for hearing and the additional time will not hinder nor delay justice and said request is being made in good faith and not for the purpose of delay.

WHEREFORE, the Movant would respectfully ask for an Order of this Court granting the Movant an additional 45 days in which to file his amended motion herein and for such other and further relief as this Court sees as just and proper.

Respectfully submitted,


/s/ *William E. Shull*
William E. Shull #22544
104 West Kansas
Liberty, MO 64068
816/792-4242
816/792-0888 (Fax)
ATTORNEY FOR DEFENDANT


## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the United States District Court and the same was further served by ECF on this _30th_day of November 2005, on all counsel of record.


/s/ William E. Shull
William E. Shull