# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,      )
             )
         Movant,      )
             )
vs.                  )      **Case No. 04-8003-CV-W-GAF**
             )
UNITED STATES OF AMERICA,      )
             )
         Respondent.      )

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Now pending before the Court is movant's Motion for Extension of Time in which to file movant's amended § 2255 motion. For good cause shown, it is

ORDERED that movant is granted an extension of time to and including January 15, 2006, within which to file his amended § 2255 motion.

                                /s/ Gary A. Fenner
                                GARY A. FENNER, JUDGE
                                United States District Court

DATED:     December 1, 2005