IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,

vs.                                Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

        Respondent

**MOTION FOR EXTENSION OF TIME
TO FILE AMENDED 28 U.S.C. 2255 MOTION**

COMES now the Movant, by and through his attorney, and does hereby respectfully ask

for an Order of this Court granting him an additional 30 days in which to file an amended 28

U.S.C. Sec. 2255 Motion for the following reasons:

1.      This is a post-conviction proceeding in a capital murder case.

2.      The Movant has been granted a previous extension to January 15, 2006 to file an

amended motion.

3.      The undersigned attorney was appointed as substitute counsel for Attorney Robert

G. Kuchar who had withdrawn from the matter.

4.      Counsel for the Defendant are awaiting a report from an expert witness which is

essential to their argument herein and may provide extremely important evidence concerning the

Defendant's claims.

5.      The report was promised about two weeks ago but the expert has been unable to

provide the same due to business and professional commitments.

6.      Counsel has been also actively involved in other matters before this court, including United States v. Steve Wright, which is presently set for trial on the March trial docket and will take approximately six to eight weeks for trial.

7.      This matter is not set for hearing and the additional time will not hinder nor delay justice and said request is being made in good faith and not for the purpose of delay.

WHEREFORE, the Movant would respectfully ask for an Order of this Court granting the Movant an additional 30 days in which to file his amended motion herein and for such other and further relief as this Court sees as just and proper.

Respectfully submitted,


/s/  *William E. Shull*
William E. Shull #22544
104 West Kansas
Liberty, MO 64068
816/792-4242
816/792-0888 (Fax)
ATTORNEY FOR DEFENDANT


## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the United States District Court and the same was further served by ECF on this _13th_day of January, 2006 on all counsel of record.

/s/ William E. Shull
William E. Shull