# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA, )

    Movant, )

vs. )   Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA, )

    Respondent. )

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO FILE AMENDED 28 U.S.C. 2255 MOTION

Now pending before the Court is movant's Motion for Extension of Time to File Amended 28

U.S.C. 2255 Motion. For good cause shown, it is

ORDERED that movant is granted an extension of time to and including February 14, 2006,

within which to file his amended 28 U.S.C. 2255 motion.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: January 17, 2006