IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                        No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

**MOTION FOR EXTENSION OF TIME
TO FILE AMENDED 28 U.S.C. 2255 MOTION**

Comes now German C. Sinisterra, by and through undersigned counsel, and hereby respectfully asks for an Order of this Court granting him an additional 14 days in which to file his amended motion pursuant to 28 U.S.C. § 2255. In support hereof, Movant states as follows:

1.      Pursuant to this Court's previous Order, Movant's amended motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is due on or before February 14, 2006.

2.      Counsel has on today's date received the final report of Movant's neuropsychological expert. Counsel is still waiting to receive two affidavits from fact witnesses, both of which are believed to be vitally important to the amended motion, and anticipates receiving them within the next couple of days.

3.      The brief additional extension requested will allow counsel an opportunity to review and incorporate the expert's report and two additional fact affidavits into the amended motion, so that the Movant's arguments may be presented as completely and cogently as possible.

4.	This matter is not set for hearing and the additional time will not hinder or delay justice, and this request is being made in good faith and not for the purpose of delay.

WHEREFORE, Petitioner German Sinisterra would respectfully ask for an Order of this Court granting the Movant an additional 14 days in which to file his amended motion for post-conviction relief herein.

Respectfully submitted,

/s/John Jenab_____
John Jenab, MO #47452
110 S. Cherry, Suite 200
Olathe, KS 66061
(913) 390-5023
Attorney for German C. Sinisterra

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed this 14th day of February, 2006, by electronic filing i8n the Electronic Filing System (ECF), which will give notice to all counsel of record.

/s/ John Jenab
John Jenab