**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **GERMAN C. SINISTERRA,** | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| **vs.** | )     **Case No. 04-8003-CV-W-GAF** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**TO FILE AMENDED 28 U.S.C. 2255 MOTION**

Now pending before the Court is movant's Motion for Extension of Time to File Amended 28

U.S.C. 2255 Motion. For good cause shown, it is

ORDERED that movant is granted an extension of fourteen (14) days in which to file his

Amended 28 U.S.C. 2255 Motion.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: February 16, 2006