IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA, )
)
          Movant, )    Case No. 04-8003-CV-W-GAF
)    Crim. No. 98-00311-02-CR-W-FJG
          v. )
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

## GOVERNMENT'S REQUEST FOR ENLARGEMENT OF TIME

COMES NOW the United States of America, by Bradley J. Schlozman, United

States Attorney, and Jeffrey Valenti, Assistant United States Attorney, both for the

Western District of Missouri, and requests a 90-day enlargement of time in which to file

its response in this matter.  In support, the Government states the following:

1.     The movant, German Sinisterra, has filed a motion pursuant to Title 28,

United States Code, Section 2255.  The Government has been ordered to show cause why

Sinisterra's motion for relief should not be granted by April 6, 2006.

2.     The Government received notice of Sinisterra's amended motion on April

6, 2006.  The Government has not yet had time to read or review the motion.  Since this

was a death penalty case, Sinisterra's motion will likely present complex arguments and

facts.  The Government will require additional time to properly research and respond to

the motion.

3. The Government requests an additional 90 days, up to and including July 5, 2006, in which to prepare and file its response. This extension of time is needed to fully explore and adequately address Sinisterra's claims.

Wherefore, for the foregoing reasons, the Government respectfully requests a 90-day enlargement of time, up to and including July 5, 2006, in which to respond to Sinisterra's § 2255 motion.

Respectfully submitted,

Bradley J. Schlozman
United States Attorney

By    *s/Jeffrey Valenti*

Jeffrey Valenti #43254
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

<u>Certificate of Service for CM-ECF participants</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on April 6, 2006, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

John Jenab
110 S. Cherry, Ste. 200
Olathe, KS 66061

William E Shull
104 West Kansas
Liberty, MO 64068

*s/Jeffrey Valenti*

Jeffrey Valenti
Assistant United States Attorney

JV/art