**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | **Crim. No. 98-00311-02-CR-W-GAF** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER GRANTING GOVERNMENT'S REQUEST FOR ENLARGEMENT OF TIME

Now pending before the Court is the Government's Request for Enlargement of Time in which

to file its response in this matter. For good cause shown, it is

ORDERED that the Government is granted an extension of time to and including July 5, 2006,

within which to file its response to movant's § 2255 motion.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:   April 7, 2006