IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA, )
)
Movant, )   Case No. 04-8003-CV-W-GAF
)   Crim. No. 98-00311-02-CR-W-FJG
v. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## GOVERNMENT'S SECOND REQUEST FOR ENLARGEMENT OF TIME

COMES NOW the United States of America, by Bradley J. Schlozman, United States Attorney, and Jeffrey Valenti, Assistant United States Attorney, both for the Western District of Missouri, and requests a 60-day enlargement of time in which to file its response in this matter. In support, the Government states the following:

1.      The movant, German Sinisterra, has filed a motion pursuant to Title 28, United States Code, Section 2255. The Government has been ordered to show cause why Sinisterra's motion for relief should not be granted by July 5, 2006.

2.      The Government received notice of Sinisterra's amended motion on April 6, 2006. The Government has not yet had time to read or review the motion. Since this was a death penalty case, Sinisterra's motion will likely present complex arguments and facts. The Government will require additional time to properly research and respond to the motion.

3.      The Government requests an additional 60 days, up to and including September 3, 2006, in which to prepare and file its response.  This extension of time is needed to fully explore and adequately address Sinisterra's claims.

Wherefore, for the foregoing reasons, the Government respectfully requests a 60-day enlargement of time, up to and including September 3, 2006, in which to respond to Sinisterra's § 2255 motion.

Respectfully submitted,

Bradley J. Schlozman
United States Attorney

By      *s/Jeffrey Valenti*

Jeffrey Valenti #43254
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri  64106
Telephone: (816) 426-3122

<u>Certificate of Service for CM-ECF participants</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on June 30, 2006, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

John Jenab
110 S. Cherry, Ste. 200
Olathe, KS 66061

William E Shull
104 West Kansas
Liberty, MO 64068

_s/Jeffrey Valenti_
Jeffrey Valenti
Assistant United States Attorney

JV/art