**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | **Crim. No. 98-0311-02-CR-W-GAF** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING GOVERNMENT'S SECOND REQUEST
<u>FOR ENLARGEMENT OF TIME</u>**

Now pending before the Court is the Government's Second Request for Enlargement of Time

in which to file its response in this matter. For good cause shown, it is

ORDERED that the Government is granted an extension of time to and including September 3,

2006, in which to file its response.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    July 5, 2006