IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,     )
     )
     Movant,     )
     )  Case No. 04-08003-CV-W-GAF-P
     v.     )  Crim. No. 98-00311-02-CR-W-GAF
     )
UNITED STATES OF AMERICA,     )
     )
     Respondent.     )

## GOVERNMENT'S THIRD MOTION FOR ENLARGEMENT OF TIME AND REQUEST FOR A HEARING

The respondent, the United States of America, appears by Bradley J. Schlozman, United States Attorney, and Jeffrey Valenti and Lajuana M. Counts, Assistant United States Attorneys, all for the Western District of Missouri, and provides the following in support of its motion for extension of time to file its response and request for a hearing regarding obtaining an affidavit from  Sinisterra's trial counsel.

Sinisterra has alleged a total of 18 grounds for relief.  The various grounds he alleges are that: (1) his Fifth and Sixth Amendment rights were violated by the Government's failure to charge statutory aggravating circumstances in the indictment; (2) the Federal Death Penalty Act (FDPA) unconstitutionally relaxes evidentiary standards at the penalty phase, which, Sinisterra alleges, resulted in his death sentence being unconstitutionally imposed; (3) the Government's failure to comply with the Vienna Convention on Consular Relations violated Sinisterra's right to consular consultation under the treaty; (4) the FDPA is disproportionately and unconstitutionally applied by race; (5) prosecutorial misconduct

violated Sinisterra's Fifth and Eighth Amendment rights; (6) Sinisterra's death sentences constitute cruel and unusual punishment; and (7) the cumulative effect of all the previously stated grounds amounts to an unfair trial.

In addition, Sinisterra makes 11 allegations that he received ineffective assistance of counsel. He contends his trial counsel failed to: (1) object to the introduction of testimony that Sinisterra was a violent person who killed people for a living; (2) present evidence, challenge, or object to evidence regarding Sinisterra's presence at the "murraco" a meeting; (3) prepare for and present Sinisterra for his testimony; (4) communicate with Sinisterra through a Spanish-speaking interpreter; (5) retain and utilize a mitigation specialist; (6) conduct a thorough mitigation investigation; (7) investigate and present mental health evidence during the death penalty phase; (8) object to alleged prosecutorial misconduct during the Government's rebuttal closing argument in the penalty phase; (9) challenge the indictment; (10) object to alleged inflammatory hearsay in the penalty phase; and (11) object to application of the FDPA.

The Government has drafted a response to a majority of Sinisterra's claims. However, in order to adequately respond to some of Sinisterra's ineffective assistance of counsel claims, the Government needs an affidavit from trial counsel Fred Duchardt. Particularly, attorney Duchardt's affidavit would clarify Sinisterra's allegations as set forth above in

ineffective of assistance claims 2 through 7. Sinisterra submitted an affidavit from co-trial counsel Jennifer (Brewer) Herndon, in which she impugns the effectiveness of the legal assistance her co-trial counsel, Fred Duchardt, provided to Sinisterra.

The Government has requested attorney Duchardt to submit an affidavit addressing the ineffective assistance of counsel issues. With its letter, the Government provided attorney Duchardt with a copy of Sinisterra's § 2255 motion, along with attorney Herndon's affidavit. (*See* Attachment A.) However, attorney Duchardt has verbally indicated that he would willing to provide such an affidavit only if Sinisterra waives any attorney-client privileges. Although Government counsel does not believe that an affidavit in response to ineffective assistance claims would be a violation of the Missouri Supreme Court Rules of Professional Conduct, attorney Duchardt is adamant that he will not provide an affidavit absent such a waiver.

Consequently, the Government respectfully requests this Court to set a hearing so that attorney Duchardt's concerns and this issue can be resolved and the Government can complete its response to Sinisterra's § 2255 motion. Further, the Government would respectfully request an extension of time to file its response, which is currently due September 5, 2006. The Government requests that its response be due14 days after receipt of attorney Duchardt's affidavit.

Based on the above reasons, the Government respectfully requests this Court to grant its motion for extension of time and set a hearing to address and resolve attorney Duchardt's concerns.

Respectfully submitted,

Bradley J. Schlozman
United States Attorney

By    /s/ *Lajuana M. Counts*

Lajuana M. Counts
Assistant United States Attorney

/s/ *Jeffrey Valenti*

Jeffrey Valenti
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

*Attorneys for Respondent*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this 30th day of August 2006, by electronic notice or by U.S. Mail, postage prepaid, to:

John Jenab, Esquire
110 South Cherry, Suite 200
Olathe, Kansas 66061

William E. Shull, Esquire
104 West Kansas
Liberty, Missouri 64068

Attorneys for movant Sinisterra

/s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney