

**U. S. Department of Justice**

*Bradley J. Schlozman*
*United States Attorney*
*Western District of Missouri*

*Appellate Unit*                                                    *(816) 426-3122*
*Charles Evans Whittaker Courthouse   FAX (816) 426-2569*
*400 East 9th Street, Fifth Floor*
*Kansas City, Missouri 64106*

July 18, 2006

Frederick A. Duchardt, Jr., Esquire
P.O. Box 349
Kearney, Missouri 64060

      Re: German Sinisterra § 2255 Motion

Dear Fred:

      Enclosed is a copy of the § 2255 motion filed by German Sinisterra, along with the affidavit from Jennifer (Brewer) Herndon. Sinisterra is alleging he did not receive effective assistance of counsel while you were representing him. In support of this contention, he submits attorney Herndon's affidavit, suggesting several grounds of error.

      The Government has requested to file its response to Sinisterra's ineffective assistance of counsel claims by September 5. Please prepare an affidavit addressing Sinisterra's claims, particularly those set forth in Ms. Herndon's affidavit. I would appreciate receiving your response by August 25, so we can submit a timely response.

      If you have any questions, please call me. Thank you for your prompt attention to this matter.

                         Sincerely,

                         Bradley J. Schlozman
                         United States Attorney

By

                         Lajuana M. Counts
                         Assistant United States Attorney

Enclosures

LMC/tlm

# ATTACHMENT A