**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING GOVERNMENT'S THIRD MOTION FOR ENLARGEMENT OF**
**TIME AND REQUEST FOR A HEARING**

Now pending before the Court is the Government's Third Motion for Enlargement of Time and

Request for Hearing. For good cause shown, it is

ORDERED that a hearing is scheduled for October 6, 2006, at1:30 p.m., in regard to the

Government's Request for a Hearing regarding obtaining an affidavit from Frederick Duchardt, Jr., trial

counsel for movant.

IT IS FURTHER ORDERED that the Government's response to movant's § 2255 motion will

be due within fourteen (14) days following receipt of attorney Duchardt's affidavit.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    September 22, 2006