IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

GERMAN C. SINISTERRA,            )
                                )
                   Movant,      )        Date: 10/6/06
                                )
        vs.                     )        Case No.  04-8003-CV-W-GAF
                                )
UNITED STATES OF AMERICA,        )
                                )
                Respondent.     )

MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
==================================================================
Nature of Proceeding: Hearing re: affidavit from Fred Duchardt
Time Commenced: 1:30 p.m.                          Time Terminated: 2:00 p.m.
Plaintiff by:    John Jenab                 Defendant by: Jeffrey Valenti, AUSA
                 William Shull                             Lajuana Counts

| **Remarks:** |
| --- |
| Court in session at 1:30 p.m.  William Shull and John Jenab appear on behalf of the Movant.  Jeff Valenti and Lajuana Counts appear on behalf of the Government.  Court takes up Government's request for an Affidavit from Movant's former counsel, Fred Duchardt. .Court directs Fred Duchardt to prepare an affidavit regarding the allegations of ineffective assistance.  Court in recess at 2:00 p.m. |

Court Reporter: Libby Shinn                          By:   Kourtney Greenfield