**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING MOTION TO ADJUST CJA HOURLY COMPENSATION RATE**

Now pending before the Court is a Motion to Adjust CJA Hourly Compensation Rate filed by

John Jenab and William E. Shull, counsel for movant. For good cause shown, it is

ORDERED that John Jenab and William E. Shull be compensated at the CJA approved hourly

rate of $163 per hour for work performed on and after January 1, 2006.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    December 7, 2006