IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,

vs.                                   Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

        Respondent

## MOTION FOR EXTENSION OF TIME
## <u>TO FILE REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION</u>

COMES now the Movant, by and through his attorney, and does hereby respectfully ask for an Order of this Court granting him an additional 90 days in which to reply to the Government's Response in Opposition to Movant's 28 U.S.C. Sec. 2255 Motion for the following reasons:

1.     This is a post-conviction proceeding in a capital murder case.

2.     The Government filed its Response in Opposition to Movant's 28 U.S.C. Sec. 2255 Motion on December 8, 2006.

3.     The Response included a 24-page affidavit from Attorney Fred Duchardt who acted as lead counsel for the Movant at the original trial of this cause.

4.     The affidavit contains dozens of factual allegations that are in dispute as well as numerous interpretations of law and trial procedure.

5.     The nature and extent of the allegations will require extensive research and investigation, including review with the Movant who is presently incarcerated in a federal facility outside of the State of Missouri.

1

6. Contact with the Movant by his attorneys will require coordination with Spanish translator which further complicates contact with the Movant and requires additional time to establish.

7. The Reply of the Movant to the Government's Response in Opposition to Movant's 28 U.S.C. Sec. 2255 is due on or before December 26, 2006.

8. One of the Movant's attorneys is presently out of the State of Missouri and unavailable for full consultation with co-counsel and the Defendant.

9. This matter is not set for hearing and the additional time will not hinder nor delay justice and said request is being made in good faith and not for the purpose of delay.

10. No prior requests for additional time to Reply to the Government's most recent filing herein have been made by the Movant.

WHEREFORE, the Movant would respectfully ask for an Order of this Court granting the Movant an additional 90 days in which to file his Reply to Response in Opposition to Movant's 28 U.S.C. Sec. 2255 Motion for such other and further relief as this Court sees as just and proper.

Respectfully submitted,


/s/ *William E. Shull*
William E. Shull #22544
104 West Kansas
Liberty, MO 64068
816/792-4242
816/792-0888 (Fax)
ATTORNEY FOR MOVANT

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the United States District Court and the same was further served by ECF on this _26th_day of December, 2006 on all counsel of record.

/s/ William E. Shull
William E. Shull