**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION**

Now pending before the Court is Movant's Motion for Extension of Time to File Reply to

Government's Response in Opposition to Movant's 28 U.S.C. § 2255 Motion.  For good cause

shown, it is

ORDERED that Movant is granted an extension of time to and including March 26, 2007,

within which to file his reply.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    January 3, 2007