IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                             No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## <u>MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE</u>

Come now movant German Sinisterra, by and through counsel, and moves the Court for a ninety-day extension of time in which to file his traverse in the above-captioned case. In support of this motion, counsel states as follows:

1. Despite their best efforts, counsel have been unable to prepare the traverse by its current due date of March 26, 2007. Co-counsel John Jenab's time was consumed during the months of January and February by trial preparation in two complex cases, including a white collar matter in the District of Kansas involving 148 felony counts, allegations of a massive pyramid scheme, and claimed amount of loss of nearly $100 million. That case was set for trial April 2 and was only very recently continued. Counsel remains set for trial, however, in this judicial district, commencing April 23, 2007, in a complex multi-defendant identity theft case. Co-counsel William E. Shull has been lead counsel in eight separate trials in both Kansas and Missouri over the last month.

2. The government has filed a 53-page response to movant's amended motion, raising numerous factual and legal issues. Counsel need the requested extension in order to thoroughly and effectively respond to the government's arguments.

WHEREFORE, for the foregoing reasons, movant respectfully requests that this Court grant him a ninety-day extension of time in which to file his traverse.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

/s/William E. Shull
William E. Shull MO # 22544
104 W. Kansas
Liberty, MO 64068
816-792-4242
Fax 816-792-0888

ATTORNEYS FOR MOVANT GERMAN
C. SINISTERRA

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab