**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**IN WHICH TO FILE TRAVERSE**

Now pending before the Court is Movant's Motion for Extension of Time in Which to

File Traverse. For good cause shown, it is

ORDERED that Movant is granted an extension of time to and including June 24, 2007,

within which to file his traverse.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 27, 2007