IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                         No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE

Come now movant German Sinisterra, by and through counsel, and moves the Court for a sixty-day extension of time in which to file his traverse in the above-captioned case. In support of this motion, counsel states as follows:

1. Despite their best efforts, counsel have been unable to prepare the traverse by its current due date of June 24, 2007. Several of the government's arguments in its 53-page response to movant's amended motion raise serious issues for which expert assistance is necessary in order to prepare movant's traverse. The undersigned recently have been able to locate resources within the Federal Defender system to provide this assistance on a <u>no-cost</u> basis. These individuals need additional time to review the complex issues raised in these proceedings. The assistance provided by these individuals will be integral to the preparation of a thorough and effective traverse.

2. Co-lead counsel William Shull has been unable to devote substantial time to this matter in recent weeks because of a serious traumatic injury to his 86-year-old mother, which has caused him to spend a great deal of time resolving issues with her hospitalization, treatment and rehabilitation. Mr. Shull also has been lead counsel in three major criminal trials in Missouri

state court over the last 60 days, and has drafted and is preparing for filing an appeal brief in United States v. Wright (8th Cir.), a 17-count criminal case which consists of more than 2000 pages of trial transcript. Co-lead counsel John Jenab has had to devote extensive time to trial preparation in the case of United States v. James (D. Kan.), a vigorously litigated 924(e) matter that settled earlier this week only after an intense flurry of eve-of-trial investigation leading to numerous late-endorsed government witnesses, new physical evidence, defense motions, and last-minute scientific testing. Mr. Jenab also has had to spend considerable time in a complex matter for which both a DOJ and an SEC investigation are pending, with extensive depositions scheduled in Denver for next week.

WHEREFORE, for the foregoing reasons, movant respectfully requests that this Court grant him a sixty-day extension of time in which to file his traverse.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

/s/William E. Shull
William E. Shull MO # 22544
104 W. Kansas
Liberty, MO 64068
816-792-4242
Fax 816-792-0888

ATTORNEYS FOR MOVANT GERMAN
C. SINISTERRA

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab

3