**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

GERMAN C. SINISTERRA, )
)
Movant, )
)
vs. ) Case No. 04-8003-CV-W-GAF
)
UNITED STATES OF AMERICA, )
)
Respondent. )

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE TRAVERSE**

Now pending before the Court is Movant's Motion for Extension of Time in Which to

File Traverse. For good cause shown, it is

ORDERED that movant is granted a sixty-day extension of time in which to file his

traverse.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 16, 2007