IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                            No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## <u>MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE</u>

Comes now movant German Sinisterra, by and through counsel, and moves the Court for

a thirty-day extension of time in which to file his traverse in the above-captioned case. In

support of this motion, counsel states as follows:

Despite their best efforts, counsel have been unable to prepare the traverse by its current

due date of September 17, 2007. Counsel have been working diligently on this matter, and have

spent significant time in intensive case consultation with national resource counsel over the last

two months, both in an effort to respond to the arguments raised by the government in its 53-

page response to movant's amended motion and in effort to obtain no-cost expert services that

counsel believes are important to the effective presentation of Mr. Sinisterra's case. This work

could not have been performed earlier, because the resource counsel involved only became

staffed and capable of providing substantive assistance in July 2007.

Counsel will shortly be filing a separate motion asking the Court to authorize the

utilization of newly-obtained legal and investigative resources located with the assistance of

resource counsel over the last few weeks. The extension of thirty days requested in this motion is

necessary to give counsel an opportunity to prepare and file the motion to authorize utilization of

these resources, receive the Court's ruling, and complete and file Mr. Sinisterra's traverse in the event that motion is denied.

Counsel for the government, Mr. Jeffrey Valenti, has been contacted and has no objection to the requested extension.

WHEREFORE, for the foregoing reasons, movant respectfully requests that this Court grant him a thirty-day extension of time in which to file his traverse.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

/s/William E. Shull
William E. Shull MO # 22544
104 W. Kansas
Liberty, MO 64068
816-792-4242
Fax 816-792-0888

ATTORNEYS FOR MOVANT GERMAN
C. SINISTERRA

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab