**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**
**IN WHICH TO FILE TRAVERSE**

Now pending before the Court is Movant's Motion for Extension of Time In Which to

File Traverse. For good cause shown, and there being no objection from opposing counsel, it is

ORDERED that Movant is granted an extension of time to and including October 17,

2007. in which to file his traverse.


                                        s/ Gary A. Fenner
                                        GARY A. FENNER, JUDGE
                                        UNITED STATES DISTRICT COURT

DATED:   September 12, 2007