IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,                          No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

        Defendant.

## **MOTION TO ADJUST CJA HOURLY COMPENSATION RATE**

Come now undersigned CJA counsel, John Jenab and William E. Shull, and respectfully request this Honorable Court approve CJA compensation in this case at the rate of $166 per hour for work performed on or after May 20, 2007.  In support hereof, counsel states:

1.      The Congressionally-approved hourly rate for death penalty proceedings has been increased to $166.  Counsel respectfully seek permission to bill at this hourly rate in this death penalty proceeding.

2.      The effective date of the rate increase, according to information received from the Clerk's Office of the District Court for the Western District of Missouri, was May 20, 2007.  Accordingly, counsel respectfully seeks permission to bill time on and after that date in this matter at the rate of $166 per hour.

WHEREFORE, undersigned counsel move this Honorable Court to allow submission of vouchers by counsel in this matter at the CJA-approved hourly rate of $166 per hour for work performed on and after May 20, 2007.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

/s/William E. Shull
William E. Shull MO # 22544
104 W. Kansas
Liberty, MO 64068
816-792-4242
Fax 816-792-0888

ATTORNEYS FOR MOVANT GERMAN
C. SINISTERRA

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab