**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### <u>ORDER GRANTING MOTION TO ADJUST CJA HOURLY COMPENSATION RATE</u>

Now pending before the Court is counsel's Motion to Adjust CJA Hourly Compensation

Rate. For good cause shown, it is

ORDERED that John Jenab and William E. Shull are to be paid at the CJA-approved

hourly rate of $166.00 per hour for work performed on and after May 20, 2007, in the above

referenced case.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 13, 2007