IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

      Movant,                         No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

      Defendant.

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE TRAVERSE

Comes now movant German Sinisterra, by and through lead counsel John Jenab, and moves the Court for a six-month extension of time in which to file his traverse in the above-captioned case, to and including April 17, 2008. In support of this motion, counsel states as follows:

1. The basis for this motion is a motion filed contemporaneously herewith to appoint the Arizona FPD as co-counsel in lieu of William E. Shull. The benefits of the requested substitution of counsel are fully set forth in that motion. Briefly summarized, they are that Sinisterra will be able to have a complete social history investigation conducted by experienced, fluent Spanish-speaking staff of the highly specialized Arizona Capital Habeas Unit (CHU), all at no cost to the Court.

2. In order to achieve the benefits of the proposed substitution of counsel, an extension of the deadline for filing Sinisterra's traverse is necessary. The requested extension of six months should, in the opinion of undersigned, be adequate to perform all work necessary on the case and file Sinisterra's traverse.

3. The undersigned has discussed at length with Dale Baich, Supervising Attorney for the

Arizona CHU, the importance of making every effort to complete the work on this case efficiently and without the need for additional extensions, and Mr. Baich has agreed to do everything within his power to ensure that this objective is met. Thus, for example, upon appointment, the CHU will immediately begin the process of securing visas to travel to Colombia, obtaining approval of a travel budget, and locating and contacting records custodians and witnesses in Colombia. Meanwhile, the assigned CHU staff will begin reviewing the transcripts of Mr. Sinisterra's criminal trial and the filings in this case, visit Mr. Sinisterra, and consult with undersigned lead counsel to bring themselves up to speed on this case.

4. The undersigned also wishes to ensure the Court that he will in all respects continue to act as lead counsel on Mr. Sinisterra's behalf, and that he will make it his priority to ensure that the traverse is timely filed.

5. In order for the Court to ensure that counsel are indeed doing everything possible to complete their work within the requested time period, counsel would respectfully suggest that the Court consider holding regular, <u>ex</u> <u>parte</u> status conferences in this matter, either in person or by telephone, perhaps beginning in mid-November, so that counsel can apprise the Court of their progress.

6. The undersigned has contacted government counsel, Mr. Jeffrey Valenti, who has advised that the government will take no position regarding this motion.

WHEREFORE, for the foregoing reasons, movant respectfully requests that this

Court grant him a six-month extension of time in which to file his traverse, to and including

April 17, 2008.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

ATTORNEY FOR MOVANT GERMAN
C. SINISTERRA

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab