# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,       )
                                   )
            **Movant,**       )
                                   )
**vs.**                              )        **Case No. 03-8003-CV-W-GAF**
                                   )
**UNITED STATES OF AMERICA,**  )
                                   )
            **Respondent.**    )

## ORDER DENYING MOTION TO SUBSTITUTE COUNSEL

Now pending before the Court is Movant's Motion to Substitute Counsel. The Court having fully considered said motion, it is

ORDERED that Movant's Motion to Substitute Counsel is denied. The Court does not deem it appropriate to appoint counsel in this matter not members of the bar of this Court or practicing within the jurisdiction of this Court. Additionally, trial counsel was afforded an opportunity to travel to Colombia to conduct a background investigation. Post-conviction counsel can evaluate the reasonableness of trial counsel's efforts without a separate government funded investigation requiring travel to Colombia. Movant has two capable and qualified attorneys who, with movant's assistance, can address the effectiveness and reasonableness of trial counsel's efforts.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:   September 25, 2007