## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 04-8003-CV-W-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

__**Jury Verdict**. This action came before the Court for a trial by     jury. The issues have been tried and the jury has rendered its
   verdict.

 **X Decision by Court.** This action came before the Court. The     issues have been determined and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that

   Movant's § 2255 Motion is denied without an evidentiary hearing.


December 14, 2007          Patricia L. Brune
Date                                          Clerk

                                          /s/ Tracy L. Diefenbach
                                          (by) Deputy Clerk