IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA, )
)
Movant, )
) Case No. 04-8003-CV-W-GAF-P
v. ) Crim. No. 98-00311-02-CR-W-GAF
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOVANT'S RULE 59(e) MOTION

The United States of America, by its undersigned counsel, hereby requests an additional 14 days to file a response to movant German Sinisterra's Rule 59(e) motion.

Ortiz filed his Rule 59(e) motion on December 31, 2007. According to the criminal docket report, the Government's response is due on January 17, 2008. Over the last couple of weeks, both Government counsel have been preparing for criminal trials set in January and February 2008, and/or oral arguments before the Eighth Circuit Court of Appeals. Government counsel needs additional time to file a response to Sinisterra's Rule 59(e) motion. Consequently, the Government is seeking an additional 14 days in which to submit its response.

Therefore, the Government respectfully requests an additional 14 days, up to and including January 31, 2008, to file its response.

Respectfully submitted,

JOHN F. WOOD
United States Attorney

By    /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

JEFFREY VALENTI
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered January 16, 2008, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

John Jenab
110 South Cherry, Suite 200
Olathe, Kansas  66061

William E. Shull
104 West Kansas
Liberty, Missouri  64068

*Attorneys for Movant Sinisterra*

 /s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

LMC/tlm