**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | **Crim. No. 98-0311-02-CR-W-GAF** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOVANT'S RULE 59(e) MOTION**

Now pending before the Court is the Government's Motion for Extension of Time to

Respond to Movant's Rule 59(e) Motion. For good cause shown, it is

ORDERED that the Government is granted an extension of time to and including January

31, 2008, within which to respond to Movant's Rule 59(e) Motion.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:   January 17, 2008