--- S.Ct. ----
--- S.Ct. ----, 2008 WL 114089 (U.S.)
**(Cite as: --- S.Ct. ----)**

**H**
FIELDS, SHERMAN L. V. UNITED STATES.
U.S.,2008.
Only the Westlaw citation is currently available.
Supreme Court of the United States
FIELDS, SHERMAN L. V. UNITED STATES.
**No. 07-6395.**

Jan. 14, 2008.

**\*1** The petition for writ of certiorari is denied.

U.S.,2008.
Fields v. U.S.
--- S.Ct. ----, 2008 WL 114089 (U.S.)

END OF DOCUMENT

# Exhibit A

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.