# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,     )
       )
     **Movant,**     )
       )
**vs.**     )     **Case No. 04-8003-CV-W-GAF**
       )
**UNITED STATES OF AMERICA,**     )
       )
     **Respondent.**     )

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

Now pending before the Court is Movant's Motion to Alter or Amend Judgment. The Court having considered said motion, it is

ORDERED that Movant's Motion to Alter or Amend Judgment is denied as without merit.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  February 20, 2008