IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

Movant,                                    No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

Defendant.

## **NOTICE OF APPEAL**

Comes now movant German Sinisterra, by and through counsel, and appeals to the United

States Court of Appeals for the Eighth Circuit from this Court's final judgment and order

denying movant habeas relief pursuant to 28 U.S.C. § 2255, filed December 14, 2007, and this

Court's order filed February 20, 2008 denying petitioner's motion to alter or amend the judgment

pursuant to Fed. R. Civ. P. 59(e).

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

/s/William E. Shull
William E. Shull MO # 22544
104 W. Kansas
Liberty, MO 64068
816-792-4242
Fax 816-792-0888

ATTORNEYS FOR MOVANT GERMAN
C. SINISTERRA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab