IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

GERMAN C. SINISTERRA,

      Movant,                    No. 04-CV-8003-W-GAF

v.

UNITED STATES OF AMERICA,

      Defendant.

## **<u>MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS</u>**

Comes now movant German Sinisterra, by and through counsel, and moves for leave

to file and proceed with his appeal in forma pauperis, on the grounds that movant is indigent,

movant has had appointed counsel throughout the trial court proceedings, and movant remains

incarcerated and without funds with which to prosecute an appeal in this case.

      Respectfully submitted,

      /s/John Jenab
      John Jenab   MO # 47452
      110 S. Cherry, Suite 200
      Olathe, KS 66061
      913-390-5023
      Fax 913-764-5539

      /s/William E. Shull
      William E. Shull MO # 22544
      104 W. Kansas
      Liberty, MO 64068
      816-792-4242
      Fax 816-792-0888

      ATTORNEYS FOR MOVANT GERMAN
      C. SINISTERRA

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 18th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab