**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Now pending before the Court is Movant's Motion for Leave to Appeal In Forma

Pauperis. The Court having considered said motion, it is

ORDERED that Movant's Motion for Leave to Appeal In Forma Pauperis is granted.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:   April 18, 2008