**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER DENYING MOVANT'S APPLICATION FOR CERTIFICATE
OF APPEALABILITY**

Now pending before the Court is Movant's Application for Certificate of Appealability.

The Court having considered said application, it is

ORDERED that Movant's Application for Certificate of Appealability is denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:   April 18, 2008