# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption: Sinisterra v. USA                     Case No.   04-cv-08003-GAF

---

Appellant: German C Sinisterra                      Appellee:  USA

Appellant's Attorney(s):                            Appellee's Attorney(s):

**John Jenab**                                      Jeffrey E. Valenti
**110 S. Cherry**                                   United States Attorney's Office
**Ste. 200**                                        400 E. 9th Street
**Olathe, KS 66061**                                5th Floor
**913-390-5023**                                    Kansas City, MO 64106
**Fax: 913-764-5539**                               (816)426-4262
**Email: jjenab@mindspring.com**                    Fax: (816)426-4328
                                                    Email: jeff.valenti@usdoj.gov

Court Reporter(s):                                  Please return files and documents to:
                                                    **United States District Court**
Libby Shinn                                         **400 East 9th Street, Room 1510**
                                                    **Kansas City, MO   64106**

                                                    Contact Person for Appeal:
                                                    **Willie Crespo**  816-512-5068

---

| Length of Trial:  0 | Fee:   Not paid | IFP: Yes | Pending IFP Motion:   No |
|---|---|---|---|
| Counsel: Retained | Pending Motions? No | Local Interest? **No** | Simultaneous Release? **No** |

---

**Special Comments:**