# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

GERMAN C. SINISTERRA,

      Petitioner-Appellant,

v.                                     Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,
           Respondent-Appellee.

## MOTION TO UNSEAL § 2255 MOTIONS AND ORDERS

JOHN JENAB (MO Bar No. 47452)
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

COUNSEL FOR PETITIONER-APPELLANT
GERMAN C. SINISTERRA

# MOTION TO UNSEAL § 2255 MOTIONS AND ORDERS

Petitioner German C. Sinisterrra, through counsel, moves pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1 to unseal the two motions filed *ex parte* and under seal on behalf of Mr. Sinisterra in the § 2255 proceedings in this Court and the orders of the Court in response thereto so that the sealed documents may be produced to the Government and cited in the briefing in the Eighth Circuit. Specifically, Mr. Sinisterra requests that two motions be ordered unsealed: 1) Dist. Ct. Doc. No. 7, filed under seal on September 7, 2004; and, 2) Dist. Ct. Doc. No. 18, Movant German C. Sinisterra's Ex Parte Renewed Motion for Leave to Hire Mitigation Specialist, filed under seal on December 9, 2004.

Mr. Sinisterra also requests that the Court order unsealed the Court's two sealed orders in response to those motions: 1) Dist. Ct. Doc. No. 8, Order Denying Sealed Motion, which the Court filed under seal on September 7, 2004; and, 2) Dist. Ct. Doc. No. 19, Order Denying Movant German C. Sinisterra's Ex Parte Renewed Motion for Leave to Hire Mitigation Specialist, which the Court filed under seal on January 5, 2005.

Mr. Sinisterra relies for support of this motion on the attached Suggestions in Support.

## Suggestions in Support

The Court appointed John Jenab and Robert Kuchar to represent Mr. Sinisterra in the proceedings to challenge his convictions and death sentence pursuant to 28 U.S.C. § 2255. Dist. Ct. Doc. No. 2. Pursuant to leave granted by the Court, Mr. Jenab moved, under seal, on September 7, 2004, for funds with which to hire a mitigation specialist to perform an investigation to support a claim of ineffective assistance of counsel at the capital sentencing hearing. Dist. Ct. Doc. No. 7. In a sealed order of that same date, the Court denied the motion. Dist. Ct. Doc. No. 8.

On December 9, 2004, Mr. Jenab renewed the request for funds for the mitigation specialist. Dist. Ct. Doc. No. 18. The motion was filed ex parte and under seal. *Id*. The Court denied the motion in a sealed order of January 5, 2005. Dist. Ct. Doc. No. 19.

The Eighth Circuit granted the certificate of appealability on three claims of ineffective assistance of counsel related to counsel's failure to investigate and present available mitigating evidence at sentencing. One claim alleged that counsel failed reasonably to investigate and present available mitigating. A second certified claim alleged that counsel rendered ineffective assistance for failing to retain a mitigation specialist to investigate and, perhaps, present such

evidence when counsel were unsuccessful in producing the witnesses for trial. These omissions, Mr. Sinisterra alleges, resulted in evidence from Colombia not being presented to the jury, including evidence of family dysfunction and abuse, and evidence that would have caused trial counsel to pursue mental health mitigation.

Mr. Sinisterra anticipates indicating to the Eighth Circuit in the opening brief all efforts expended in the § 2255 proceedings to obtain mitigating evidence with which to support the ineffective assistance of counsel claims. Counsel now asks that the Court unseal the motions one of Mr. Sinisterra's present counsel previously filed under seal and the Court's orders in response thereto so that the motions and orders may be cited publicly in the briefs.

Mr. Sinisterra respectfully requests that the Court order unsealed the motion filed on September 7, 2004, and the renewed motion filed on December 9, 2004, and the Court's responsive orders of September 7, 2004, and January 5, 2005.

Respectfully submitted this 19th day of March, 2009.

By s/John Jenab
John Jenab
Counsel for Petitioner-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/John Jenab</u>