IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GERMAN C. SINISTERRA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 04-8003-CV-W-GAF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER GRANTING MOTION TO UNSEAL § 2255 MOTIONS AND ORDERS

Now pending before the Court is Petitioner's Motion to Unseal § 2255 Motions and Orders. For good cause shown, it is

ORDERED as follows:

1. Petitioner's September 7, 2004 motion for funds with which to hire a mitigation specialist to perform an investigation to support a claim of ineffective assistance of counsel at the capital sentencing hearing (Doc. #7) is unsealed;

2. This Court's September 7, 2004 Order denying Petitioner's September 7, 2004 motion for funds with which to hire a mitigation specialist to perform an investigation to support a claim of ineffective assistance of counsel at the capital sentencing hearing (Doc. #8) is unsealed;

3. Petitioner's December 9, 2004 renewed motion for funds (Doc. #18) is unsealed;

4. This Court's January 5, 2005 Order denying Petitioner's December 9, 2004 renewed motion for funds (Doc. #19) is unsealed.

                s/ Gary A. Fenner
                Gary A. Fenner, Judge
                United States District Court

DATED: March 24, 2009