# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,

      Petitioner-Appellant,

v.                                        Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,
             Respondent-Appellee.

## NOTICE OF APPEARANCE OF COUNSEL OF RECORD

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN (NV Bar No. 8076)
LETICIA MARQUEZ (AZ Bar No. 017357)
Assistant Federal Public Defenders
Office of the Federal Public Defender
District of Arizona
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
(520) 879-7622 / (520) 622-6844 (facsimile)

JOHN JENAB (MO Bar No. 47452)
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

COUNSEL FOR PETITIONER-APPELLANT
GERMAN C. SINISTERRA

## Notice of Appearance of Counsel of Record

Petitioner German C. Sinisterrra, through counsel, files this Notice of Appearance of Counsel of Record in the above-captioned matter. Jon M. Sands, Timothy M. Gabrielsen and Leticia Marquez appear on behalf of Mr. Sinisterra. Mr. John Jenab and the Federal Public Defender for the District of Arizona were appointed by the Eighth Circuit on July 24, 2008, to represent Mr. Sinisterra on appeal from the denial of relief in this Court under 28 U.S.C. § 2255. That order is attached here.

Respectfully submitted this 24th day of January, 2011.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
John Jenab, Esq.


By s/Timothy Gabrielsen
    Timothy M. Gabrielsen
    Counsel for Petitioner-Appellant

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2011, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Ms. Lajuana Counts
Mr. Jeffrey Valenti
Assistant United States Attorneys

  s/Tamelyn McNeill
Tamelyn McNeill
Secretary, Capital Habeas Unit