# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,

        Movant,

v.                                Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,
        Respondent.

## UNOPPOSED MOTION FOR CONTACT VISITS
## FOR PSYCHIATRIC EVALUATION

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN (NV Bar No. 8076)
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Arizona
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
(520) 879-7622 / (520) 622-6844 (facsimile)

JOHN JENAB (MO Bar No. 47452)
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

COUNSEL FOR PETITIONER-APPELLANT
GERMAN C. SINISTERRA

## UNOPPOSED MOTION FOR CONTACT VISITS
## FOR PSYCHIATRIC EVALUATION

German C. Sinisterra, through his appointed counsel, Assistant Federal Public Defender Timothy M. Gabrielsen and John Jenab, Esq. ("Defense Counsel"), respectfully moves for an order of the Court to allow psychiatrist Dr. Pablo Stewart, M.D., to have  contact visits with Mr. Sinisterra at the United States Penitentiary - Terre Haute, Indiana, where he is currently housed, during periods of normal legal visitation.  Counsel for Respondent, Assistant United States Attorney Jeffrey Valenti does not oppose this motion.

Defense Counsel have represented to Mr. Valenti that the evaluation is relevant and necessary to the presentation of Sinisterra's claims at the evidentiary hearing on his § 2255 motion, which is presently scheduled for October 2012, and that a change in prison policy now requires a court order before an expert witness will be admitted at Terre Haute for an evaluation.  Although Mr. Valenti has no objection to Dr. Stewart's evaluation, he does not stipulate to any particular findings or diagnoses by Dr. Stewart.  *See* Declaration of Jeffrey Valenti, which is attached as Exhibit A.

Defense Counsel have represented to Mr. Valenti that Dr. Stewart evaluated Sinisterra in January 2011 at Terre Haute, and he will testify at the evidentiary hearing, as permitted by the decision of the Eighth Circuit.  *See Sinisterra v. United States*, 600 F.3d 900, 908 (8th Cir. 2010).  Defense Counsel have represented that Dr. Stewart's prior evaluation of Sinisterra was performed without a court order.  Defense Counsel have represented that they have learned, since Dr. Stewart's prior evaluation, a new warden has been assigned to Terre Haute and it is the warden's practice to

require a formal court order for outside expert evaluations to take place within the institution and with direct contact with the prisoner.

Therefore, Mr. Sinisterra respectfully requests that this Court issue an order permitting Dr. Stewart to conduct his evaluation of Mr. Sinisterra through contact visits to be scheduled at times and dates that are mutually agreeable to the institution and Dr. Stewart, as has been the practice in the past, and in accordance with the prison's reasonable security provisions. Defense counsel have represented to Mr. Valenti that although Dr. Stewart believes that he will require one visit from 9 a.m. to 2 p.m. to complete his work on behalf of Mr. Sinisterra, out of an abundance of caution, Defense Counsel request an order that allows Dr. Stewart to be admitted for a similar number of hours on a second date if necessary to complete his evaluation.

## CONCLUSION

Mr. Sinisterra respectfully request that the Court issue an order permitting counsel to schedule contact visits between Mr. Sinisterra and Dr. Stewart for purposes of a psychiatric evaluation at USP - Terre Haute in anticipation of the evidentiary hearing scheduled for Mr. Sinisterra's § 2255 motion. A Proposed Order is attached as Exhibit B to this motion.

Respectfully submitted this __ day of April, 2012.

> Jon M. Sans
> Federal Public Defender
> Timothy M. Gabrielsen
> Assistant Federal Public Defender
> John Jenab, Esq.
>
> By      s/Timothy M. Gabrielsen
>       Counsel for Movant Sinisterra

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this __th day of April, 2012, I electronically transmitted

the attached document to the Clerk's office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following registrants:


Mr. Jeffrey Valenti
Assistant United States Attorney

  s/Teresa Ardrey
Teresa Ardrey
Secretary, Capital Habeas Unit