EXHIBIT A

# DECLARATION OF JEFFREY VALENTI

I, Jeffrey Valenti, declares as follows:

1. I am the Assistant United States Attorney assigned to represent the Government in *Sinisterra v. United States*, W.D.Mo. Case No. 04-8003-CV-W-GAF.

2. I have read the Unopposed Motion for Order for Contact Visits for Psychiatric Evaluation that has been provided to me by Mr. Sinisterra's defense attorneys, Tim Gabrielsen and John Jenab, which would allow Dr. Pablo Stewart access to the United States Penitentiary - Terre Haute for contact visits with Mr. Sinisterra.

3. I am not opposed to the Court issuing an order that allows one five-hour visit and one additional evaluation not to exceed five hours if it is necessary to Dr. Stewart's evaluation. I do not stipulate to any findings or diagnoses that Dr. Stewart might render from his evaluation of Mr. Sinisterra.

4. I am not opposed to this motion because it is my understanding that the order is necessary to allow access of Dr. Stewart to Mr. Sinisterra at USP - Terre Haute.

5. I declare that the foregoing is true and correct to the best of my information and belief.

Signed this 19th day of April, 2012, in the State of Missouri.

Jeffrey Valenti
Assistant United States Attorney