# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| GERMAN C. SINISTERRA, ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| **vs.** ) | **Case No. 04-08003-CV-W-GAF** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

Now before the Court is Movant German C. Sinisterra's ("Movant") Unopposed Motion for Contact Visits for Psychiatric Evaluation, wherein Movant seeks a Court order permitting psychiatrist Dr. Pablo Stewart, M.D. ("Dr. Stewart"), to have contact visits with Movant at the United States Penitentiary in Terre Haute, Indiana ("USP- Terre Haute"), where Movant is currently housed, during periods of normal legal visitation. (Doc. # 94). Respondent United States of America does not oppose. (*Id.*).

Psychiatric evaluation of Movant by Dr. Stewart is relevant and necessary to the presentation of Movant's claims at the evidentiary hearing on his § 2255 motion, which is presently scheduled for October 1, 2012. (Doc. # 93). A change in prison policy now requires a court order before an expert witness will be admitted at the USP-Terre Haute for an evaluation. Movant specifically requests one (1) and possibly two (2) visits by Dr. Stewart to afford Dr. Stewart ample time to complete his evaluation. Accordingly, for good cause shown, it is

**ORDERED** Movant's Motion is GRANTED.

**IT IS FURTHER ORDERED** Movant is granted contact visits not to exceed two (2) five-

1

hour visits with Dr. Pablo Stewart, M.D., for psychiatric evaluation.

**IT IS LASTLY ORDERED** counsel will schedule these visits with USP-Terre Haute

Penitentiary at times and on dates mutually agreeable to Dr. Stewart and USP - Terre Haute, and in

accordance with the security provisions of the institution.

.                                                          /s/ Gary A. Fenner
                                                           Gary A. Fenner, Judge
                                                           United States District Court

DATED: April 23, 2012.

2