# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,

      Movant,

v.                                      Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

      Respondent.

## MOTION FOR ACCESS TO CJA BILLING RECORDS

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN
IL Bar No. 6187040; NV Bar No. 8076
Assistant Federal Public Defender
Office of the Federal Public Defender
   District of Arizona
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
(520) 879-7614 / (520) 622-6844 Fax

JOHN JENAB
MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

COUNSEL FOR PETITIONER-APPELLANT
GERMAN C. SINISTERRA

# MOTION FOR ACCESS TO CJA BILLING RECORDS

Petitioner German C. Sinisterra, through counsel, moves for an order allowing Movant's counsel access to CJA billing records in *United States v. German C. Sinisterra, et al.*, 98-cr-00311. Counsel for Respondent, Assistant U.S. Attorney Jeff Valenti, has expressed to undersigned counsel that he has no objection to this request. In support of the motion, Movant relies on the following:

1. This is an action pursuant to 28 U.S.C. § 2255 challenging the sentence of death imposed on Sinisterra in 2000 in *United States v. Sinisterra,* 98-cr-00311. Pursuant to the decision of the United States Court of Appeals for the Eighth Circuit, this Court has scheduled an evidentiary hearing to commence on January 22, 2013.

2. Among the issues to be considered at the evidentiary hearing is whether trial counsel provided effective assistance. One aspect of that challenge is whether trial counsel adequately investigated mitigation evidence. In order to ascertain the time and effort that was involved in Sinisterra's defense, it would plainly be relevant to review the billing records of trial counsel and the rest of the trial defense team, including the mental health expert, the investigator, and the interpreter, as the best and most reliable evidence of the amount of time counsel spent preparing and investigating the case.

3. In the course of preparing for the evidentiary hearing, counsel has obtained copies of CJA billing records from one of Sinisterra's trial counsel, Fred Duchardt. The records consist of vouchers and supporting sheets containing line items for which counsel billed. A couple pages are missing due to what appears to be copier error (pages sticking together). Mr. Duchardt's records do not include documentation as to the payments actually approved by the Court. Counsel do not have any billing records associated with co-counsel Jennifer Herndon (Brewer), investigator Dan Grothaus, and interpreter Juanita Chavez.

4. Undersigned counsel's paralegal, Kim Diulus, spoke with Ron Faust at the Court requesting CJA vouchers and the associated support documentation. Mr. Faust directed Ms. Diulus to speak with Theresa Harrison, who handles CJA matters for this Court. Ms. Harrison advised that if the vouchers and other payment records associated with the criminal case were not destroyed, she would need to obtain Judge Fenner's permission to provide the billing attachments.

5. In order to present its case effectively and accurately, defense counsel require access to the vouchers and other CJA billing records that were actually filed with the Court by the attorneys and others.

6. On September 19, 2012, Assistant U.S. Attorney Jeff Valenti e-mailed undersigned counsel to state that he has no objection to the present request.

3

<u>CONCLUSION</u>

For the reasons expressed above, Sinisterra respectfully request that the Court order the release of the CJA billing records for Fred Duchardt, Jennifer Herndon (Brewer), Dan Grothaus, and Juanita Chavez.

Respectfully submitted this 19th day of September, 2012.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen
Assistant Federal Public Defender
John Jenab, Esq.

By s/ Timothy M. Gabrielsen
    Timothy M. Gabrielsen
    Counsel for Petitioner-Appellant

4

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2012, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Mr. Jeffrey Valenti
Ms. Lajuana Counts
Assistant United States Attorneys

  s/ Teresa Ardrey
Teresa Ardrey
Secretary, Capital Habeas Unit