**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **GERMAN C. SINISTERRA,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-8003-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING MOTION FOR LEAVE OF COURT TO TAKE DEPOSITIONS
PURSUANT TO RULE 6 AND FOR A PROTECTIVE ORDER**

Now pending before the Court is Movant's Motion for Leave of Court to Take Depositions Pursuant to Rule 6 and for a Protective Order (Doc. #98). For good cause shown, it is

ORDERED that Movant, through appointed counsel, is granted leave to take the depositions of Fred Duchardt, Jennifer Herndon, Dan Grothaus, Juanita Chavez, and Dr. Enrique Dos Santos.

IT IS FURTHER ORDERED that Respondent, the United States of America, is prohibited from publishing to Movant's prior trial counsel and other defense team members the reports of Movant's mental health experts, Dr. Stewart and Dr. Llorente, and videos and transcripts of mitigation interviews with witnesses in Colombia until after trial counsel and the other trial defense team members have been deposed or interviewed prior to the evidentiary hearing scheduled for January 22, 2013.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 2, 2012