# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

GERMAN C. SINISTERRA,

      Movant,

v.                                   Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

      Respondent.

## ORDER GRANTING UNOPPOSED MOTION
## FOR ACCESS TO CJA BILLING RECORDS

Currently pending before the Court is Movant's Motion for Access to CJA billing records from the Court's file. (Doc. # 99.)   The motion is unopposed.   Accordingly, and for good cause shown, Movant's Motion for Access to the full CJA billing records, timesheets and vouchers which were filed with the Court during the trial of this matter, with respect to payments made to attorneys Fred Duchardt and Jennifer Herndon (Brewer), Investigator Dan Grothaus and Interpreter Juanita Chavez is hereby **GRANTED.**

                               s/ Gary A. Fenner
                               GARY A. FENNER, JUDGE
                               UNITED STATES DISTRICT COURT

DATED:   October 10, 2012