# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

GERMAN C. SINISTERRA,                )
                                     )
                 Petitioner-Appellant )        Case No. 04-8003-CV-W-GAF
vs.                                  )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                 Respondent-Appellee. )

## MOVANT'S LIST OF WITNESSES

Comes now the Movant, German Sinisterra, by counsel, and files his List of Witnesses.

### Trial Team Witnesses

1.    Frederick Duchardt, Esq., Trimble, MO

2.    Jennifer Herndon, Esq., Flourissant, MO

3.    Dan Grothaus, trial investigator, Kansas City, MO

4.    Juanita Chavez, trial interpreter, Lee's Summit, MO

5.    Dr. Enrique Dos Santos, M.D., Columbia, MO

### 2255 Witnesses

6.    Hector Guevara, mitigation specialist, Ft. Lauderdale, FL

7.    Russell Stetler, National Mitigation Coordinator, Federal Death Penalty Projects, Oakland, CA

8.    Dr. Antolin Llorente, Baltimore, Ph.D., Baltimore, MD

9.    Dr. Pablo Stewart, M.D., San Francisco, CA

Respectfully submitted this 21st day of December, 2012.

JON M. SANDS
Federal Public Defender
District of Arizona

By  /s/ Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
Assistant Federal Public Defender
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley, LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

ATTORNEYS FOR MOVANT
GERMAN C. SINISTERRA

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2012, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

 s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona

3