# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

GERMAN C. SINISTERRA,                    )
                                         )
              Petitioner-Appellant       )     Case No. 04-8003-CV-W-GAF
                                         )
vs.                                      )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
              Respondent-Appellee.       )

## MOVANT'S LIST OF EXHIBITS

Comes now the Movant, German Sinisterra, by counsel, and files the attached list of

exhibits which the Movant may offer at the January 22, 2013 Evidentiary Hearing.

Respectfully submitted this 21st day of December, 2012.

JON M. SANDS
Federal Public Defender
District of Arizona

By  /s/ Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
Assistant Federal Public Defender
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley, LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

ATTORNEYS FOR MOVANT
GERMAN C. SINISTERRA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2012, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

                                          s/Tamelyn McNeill
                                          Secretary, Capital Habeas Unit
                                          Federal Public Defender's Office
                                          District of Arizona