# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| Petitioner-Appellant | ) | Case No. 04-8003-CV-W-GAF |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## MOVANT'S EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, *de bene* | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | First Amended 2255 Petition – 03/01/09 |
| 2 | | | | Affidavit of Jennifer Herndon (1) – 03/01/09 |
| 3 | | | | Statement of Frederick Duchardt – 11/26/06 |
| 4 | | | | Affidavit of Jennifer Herndon (2) – 10/31/07 |
| 5 | | | | Declaration of Dan Grothaus – 10/31/07 |

**MOVANT'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 6 | | | | Order, Appointment and Authority to Pay Court Appointed Counsel (Appointing Fred Duchardt) 12/02/98 |
| 7 | | | | Order, Appointment and Authority to Pay Court Appointed Counsel (Appointing Jennifer Brewer) 12/16/98 |
| 8 | | | | Trial Transcript (Excerpts: pp. 2917-2921) 04/11/00 |
| 9 | | | | Trial Transcript (Excerpts: pp. 850-856) 03/23/01 |
| 10 | | | | Trial Transcript (Excerpts: pp. 2549-2550) 03/23/01 |
| 11 | | | | Trial Transcript - Death Verdict (Excerpts: pp. 2917-2921) 03/23/01 |
| 12 | | | | Letter from Hector Guevara to Frederick Duchardt - 07/01/99 |
| 13 | | | | Letter from Frederick Duchardt to Dr. Enrique Dos Santos - 04/10/00 |
| 14 | | | | Defendant German Sinisterra's Request for Funds to Hire Investigator/Mitigation Specialist - 12/22/98 |
| 15 | | | | Order (granting request for investigator) - 02/11/99 |
| 16 | | | | Defendant German Sinisterra's Request for Funds to Hire Interpreter to Assist with Pretrial Preparation - 03/04/99 |
| 17 | | | | Defendant German Sinisterra's Second Request for Funds to Hire Interpreter/Investigator to Assist with Preparation - 08/13/99 |
| 18 | | | | Juanita Chavez's Billing Records |

**MOVANT'S EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | | | Juanita Chavez's Notes |
| 20 | | | | | Letter from Judge Sarah Hays to Jennifer Brewer re Travel to Columbia - 03/13/00 |
| 21 | | | | | Death Penalty Special Verdict (Count II) - 05/03/00 |
| 22 | | | | | Death Penalty Special Verdict (Count III) – 05/03/00 |
| 23 | | | | | Federal Death Penalty Act Statutory Mitigating factors |
| 24 | | | | | Notes of Investigator Dan Grothaus |
| 25 | | | | | Dr. Enrique Dos Santos Letter and Invoice to Fred Duchardt – 05/10/00 |
| 26a | | | | | Dr. Antolin Llorente Curriculum Vitae - 2012 |
| 26b | | | | | Dr. Antolin Llorente Case List – 2012 |
| 27 | | | | | Dr. Antolin Llorente Report – 03/01/06 |
| 28 | | | | | Dr. Antolin Llorente Report – 03/07/11 |
| 29a | | | | | Hector Guevara Curriculum Vitae -07/17/06 |
| 29b | | | | | Hector Guevara Curriculum Vitae - 2012 |

**MOVANT'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 30 | | | | Russel Stetler Curriculum Vitae – 01/12 |
| 31 | | | | Russel Stetler Declaration – 10/30/07 |
| 32a | | | | Rosalia Valencia Caldero Video Part 1 – 12/26/09 |
| 32b | | | | Rosalia Valencia Caldero Transcript Part 1 (pp. 1-64) – 12/26/09 |
| 33a | | | | Rosalia Valencia Caldero Video Part 2 – 12/26/09 |
| 33b | | | | Rosalia Valencia Caldero Transcript Part 2 (pp. 1-5) – 12/26/09 |
| 34a | | | | Rosalia Valencia Caldero Video – 07/03/10 |
| 34b | | | | Rosalia Valencia Caldero Transcript – 07/03/10 |
| 35 | | | | Beatriz Candelo Telephone Conversation, Notes of Hector Guevara – 02/01/10 |
| 36 | | | | Beatriz Candelo Telephone Conversation, Notes of Hector Guevara – 07/27/10 |
| 37a | | | | Beatriz Candelo Video – 03/08/11 |
| 37b | | | | Beatriz Candelo Transcript – 03/08/11 |
| 38a | | | | Gustavo Rivera Video – 07/02/10 |

**MOVANT'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 38b | | | | Gustavo Rivera Transcript – 07/02/10 |
| 39 | | | | Gustavo Viveros Castillo Declaration – 03/03/11 |
| 40a | | | | Gustavo Viveros Castillo Video – 03/04/11 |
| 40b | | | | Gustavo Viveros Castillo Transcript – 03/04/11 |
| 41 | | | | Gustavo Viveros Castillo Declaration Translation – 12/11/12 |
| 42a | | | | Segundo Sinisterra Video – 07/01/10 |
| 42b | | | | Segundo Sinisterra Transcript – 07/01/10 |
| 43a | | | | Segundo Sinisterra Video – 03/03/11 |
| 43b | | | | Segundo Sinisterra Transcript – 03/03/11 |
| 44 | | | | Segundo Sinisterra Declaration – 03/03/11 |
| 45 | | | | Segundo Sinisterra Declaration Translation – 12/11/12 |
| 46 | | | | Dr. Pablo Stewart Curriculum Vitae – 01/15/11 |
| 47 | | | | Dr. Pablo Stewart Psychiatric Report – 01/19/11 |

**MOVANT'S EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| 48 | | | | | 1989 ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases (Excerpts: 1.1, 11.4.1, 11.8.3, 11.8.6) |
| 49 | | | | | 2003 ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases (Excerpts: 1.1 p. 17, 4.1 pp. 28-34, 10.7 pp. 76-85, 10.11 pp. 104-116) |
| 50 | | | | | 1998 Spencer Report (Excerpts: Executive Summary pp. 1-2, Recommendations and Commentary pp. 1-2, Appendix A: Recommendations pp. 1-3) |
| 51 | | | | | 2010 Spencer Report (Excerpts: Experts pp. 111-113) |
| 52 | | | | | Hector Guevara Billing Records |
| 53 | | | | | German Sinisterra Social History |
| 54 | | | | | Beatriz Candelo Transcript – 07/24/10 |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____      _____ Name
      Signature

:exhibin.int