IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| Petitioner, | ) | Date: 01/22/13 |
| | ) | |
| vs. | ) | Case No.   04-08003-CV-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Day One |
| | ) | |
| Respondent. | ) | |

MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
=======================================================================
Nature of Proceeding: Hearing
Time Commenced:     9:05 a.m.                    Time Terminated:  4:15 p.m.
Plaintiff by:    John Jenab                         Defendant by:    Jeffrey Valenti, AUSA
               Timothy Gabrielsen                                   Lajuana Counts, AUSA
               Leticia Marquez

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:05 a.m.  Tim Gabrielsen and John Jenab appear on behalf of Petitioner and Petitioner appears in person.  Government appears by Jeffrey Valenti and Lajuana Counts.  Interpreters Sara Gardner and Izzie Broste are sworn.  Petitioner calls Jennifer Herndon. Witness sworn.  Direct 9:14 a.m.      Cross 9:42 a.m.  Court in recess at 10:22 a.m.  Court in session at 10:42 a.m.  Petitioner begins redirect examination of Jennifer Herndon at 10:42 a.m.  Recross 10:51 a.m.  Voir dire by Court at 10:53 a.m.  Witness excused at 10:54 a.m.  Petitioner calls Frederick Duchardt.  Witness sworn.  Direct 10:56 a.m. Cross 11:48 a.m.   Court in recess at 12:25 p.m.   Court in session at 1:34 p.m. Counsel and petitioner present.  Government continues cross examination of Frederick Duchardt at 1:34 p.m.  Redirect 1:46 p.m.  Recross 1:56 p.m.   Witness excused at 1:57 p.m.   Petitioner calls Dan Grothaus. Witness sworn.  Direct 1:58 p.m.  Cross 2:24 p.m. Redirect 2:36 p.m. Witness excused at 2:41 p.m.  Petitioner calls Juanita Chavez.  Witness sworn.  Direct 2:42 p.m.  Cross 3:05 p.m.  Redirect 3:08 p.m.  Witness excused at 3:08 p.m.  Court in recess at 3:08 p.m.  Court in session at 3:30 p.m.  Counsel and petitioner present.  Petitioner plays the video of Dr. Enrique Dos Santos.    Court in recess at 4:15 p.m. | Jennifer Herndon 9:14 a.m. – 10:22 a.m. 10:42 a.m. – 10:54 a.m. Frederick Duchardt 10:56 a.m. – 12:25 p.m. 1:34 p.m. – 1:57 p.m. Dan Grothaus 1:58 p.m. – 2:41 p.m. Juanita Chavez 2:42 p.m. -   3:08 p.m. |

Court Reporter: Kathy Calvert                By:    Tracy Diefenbach, Courtroom Deputy