# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

| | | | |
|---|---|---|---|
| GERMAN C. SINISTERRA, | ) | | |
| | ) | | |
| Petitioner, | ) | Date: 01/23/13 | |
| | ) | | |
| vs. | ) | Case No. 04-08003-CV-W-GAF | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | Day Two | |
| | ) | | |
| Respondent. | ) | | |

## MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
================================================================
Nature of Proceeding: Hearing
Time Commenced:     9:00 a.m.                Time Terminated:  2:10 p.m.
Plaintiff by:    John Jenab                Defendant by:    Jeffrey Valenti, AUSA
                Timothy Gabrielsen                          Lajuana Counts, AUSA

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:00 a.m.  Counsel and petitioner present.  Petitioner calls Russell Stetler.  Witness sworn.  Direct  9:12 a.m.  Court in recess at 10:22 a.m.  Court in session at 10:47 a.m.  Counsel and petitioner present.  Government begins cross-examination of Russell Stetler at 10:47 a.m.  Redirect 10:56 a.m.  Witness excused at 11:02 a.m.  Petitioner calls Hector Guevara.  Witness sworn.  Direct 11:04 a.m.  Court in recess at 12:19 p.m.  Court in session at 1:32 p.m.  Counsel and petitioner present.  Petitioner continues direct examination of Hector Guevara at 1:32 p.m.  Cross 1:56 p.m.  Redirect 2:04 p.m.  Witness excused at 2:06 p.m.  Court in recess at 2:10 p.m. | Russell Stetler 9:12 a.m. – 10:22 a.m. 10:47 a.m. – 11:02 a.m. Hector Guevara 11:04 a.m. – 12:19 p.m. 1:32 p.m. – 2:06 p.m. |

Court Reporter: Kathy Calvert                By:    Tracy Diefenbach, Courtroom Deputy