IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | | |
|---|---|---|---|
| GERMAN C. SINISTERRA, | ) | | |
| | ) | | |
| Petitioner, | ) | Date: 01/24/13 | |
| | ) | | |
| vs. | ) | Case No. 04-08003-CV-W-GAF | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | Day Three | |
| | ) | | |
| Respondent. | ) | | |

MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
====================================================================

Nature of Proceeding: Hearing
Time Commenced: 9:00 a.m.                          Time Terminated: 11:55 a.m.
Plaintiff by: John Jenab                              Defendant by: Jeffrey Valenti, AUSA
            Timothy Gabrielsen                                    Lajuana Counts, AUSA

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:00 a.m. Petitioner appears by John Jenab and Timothy Gabrielsen. Government appears by Jeffrey Valenti and Lajuana Counts. Petitioner calls Dr. Antolin Llorente. Witness sworn. Direct at 9:04 a.m. Court in recess at 10:28 a.m. Court in session at 10:53 a.m. Cross at 11:07 a.m. Redirect at 11:46 a.m. Witness excused at 11:54 a.m. Court in recess at 11:55 a.m. | Dr. Antolin Llorente 9:04 a.m. – 11:54 a.m. |

Court Reporter: Kathy Calvert              By:   Jill Anderson, Law Clerk