IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| Petitioner, | ) | Date: 01/25/13 |
| | ) | |
| vs. | ) | Case No.   04-08003-CV-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Day Four |
| | ) | |
| Respondent. | ) | |

MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.
===================================================================
Nature of Proceeding: Hearing
Time Commenced:     9:35 a.m.                     Time Terminated:     1:55 p.m.
Plaintiff by:    John Jenab                              Defendant by:    Jeffrey Valenti, AUSA
                 Timothy Gabrielsen                                      Lajuana Counts, AUSA

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:35 a.m.  Petitioner and counsel present.  Petitioner calls Dr. Pablo Stewart.  Witness sworn. Direct 9:39 a.m.   Court in recess at 10:52 a.m.   Court in session at 11:12 a.m.   Counsel and petitioner present.  Petitioner continues direct examination of Dr. Pablo Stewart at 11:13 a.m.  Cross 11:27 a.m.  Redirect 11:54 a.m.  Witness excused at 12:05 p.m.  Court in recess at 12:05 p.m. Court in session at 1:14 p.m.  Counsel and petitioner present.  Government calls SA Mike Oyler. Witness sworn. Direct 1:15 p.m.   Cross 1:23 p.m.   Witness excused at 1:45p.m.   Court makes a record with petitioner regarding his right to testify.  German Sinsterra sworn.  Court questions petitioner at 1:48 p.m.   Court directs the parties to submit proposed findings of fact and conclusion of law by March 15, 2013.  Court in recess at 1:55 p.m. | Dr. Pablo Stewart 9:39 a.m. – 10:52 a.m. 11:13 a.m. – 12:05 p.m. SA Mike Oyler 1:15 p.m. – 1:45 p.m. |

 Court Reporter: Kathy Calvert                    By:    Tracy Diefenbach, Courtroom Deputy