# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

_____ *DIVISION*

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| | ) | Action Number |
| vs. | ) | |
| | ) | _____ |
| | ) | |
| _____ | ) | |
| | ) | |

# EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _____ Name
      Signature

:exhibin.int

Case 4:04-cv-08003-GAF     Document 116     Filed 01/25/13     Page 1 of 1