# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

GERMAN C. SINISTERRA,

      Movant,

v.                               Case No. 04-8003-CV-W-GAF

UNITED STATES OF AMERICA,

      Respondent.


## Stipulation to Pre-Admission of All Exhibits Listed on Movant's Amended Exhibit List

Counsel for Movant German C. Sinisterra and Respondent stipulated at the outset of the evidentiary hearing on January 22, 2013, to the pre-admission of all of the exhibits listed on Movant's Amended Exhibit List.

Respectfully submitted this 15th day of February, 2013.

| | |
|---|---|
| Jon M. Sands | |
| Federal Public Defender | Jeffrey Valenti |
| Timothy M. Gabrielsen | Assistant United States Attorney |
| Assistant Federal Public Defender | |
| John Jenab, Esq. | |
| | |
| By s/ Timothy M. Gabrielsen | By  s/Jeffrey Valenti |
| Timothy M. Gabrielsen | Jeffrey Valenti |
| | |
| Counsel for Movant | Counsel for Respondent |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Mr. Jeffrey Valenti
Ms. Lajuana Counts
Assistant United States Attorneys

 s/ Teresa Ardrey
Teresa Ardrey
Secretary, Capital Habeas Unit