

**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*
*Terre Haute, Indiana*

---

*Office of the Warden*

March 15, 2013

Honorable Gary A. Fenner
United States District Court
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, Missouri 64106

       RE: SINISTERRA, German C.
          Reg. No. 11582-045
          Docket No. 98-00311-02-CR-W-4

Dear Judge Fenner:

This is to inform you of the recent death of inmate German C. Sinisterra, who was incarcerated at the United States Penitentiary, Terre Haute, Indiana.

Mr. Sinisterra was sentenced in the Western District of Missouri, on December 18, 2000, to a sentence of Death for Conspiracy to Distribute Cocaine, Aiding and Abetting Murder in Relation of a Drug Trafficking Crime, Interstate Travel with Intent to Commit Murder for Hire and Criminal Forfeiture.

On March 7, 2013, Mr. Sinisterra was pronounced dead at Regional Hospital, Terre Haute, Indiana, due to a preliminiary report of Cardiac Arrest.

If you require further information regarding this case, please do not hesitate to contact my office.

            Sincerely,

            J. F. Caraway
            Complex Warden

cc: United States Attorney's Office
   Chief United States Probation Officer
   North Central Regional Director